UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re: §
§ Bankruptcy No. 14-_____
FREEDOM INDUSTRIES, INC. §
§ Chapter 11
§
Debtor(s). §
§

**CORPORATE OWNERSHIP STATEMENT [RULES 1007(a) & 7007.1]**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a) & 7007.1, the undersigned corporation, Freedom Industries, Inc., certifies that:

The following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests:

Chemstream Holdings, Inc.                    100%

The undersigned corporation further acknowledges its duty to file a supplement statement promptly upon any change in circumstances that renders this Corporate Ownership Statement.

Date: _____  _____
                                Gary Southern, President
                                Freedom Industries, Inc.