B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re   Freedom Industries, Inc.  
                            Debtor(s)

Case No. _____  
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advantage Technical Resourcing<br>P O Box 4785<br>Boston, MA 02212-4785 | Advantage Technical Resourcing<br>P O Box 4785<br>Boston, MA 02212-4785 | | | 47,413.13 |
| AKJ Industries<br>10175 Six Mile Cypress Highway<br>Unit 1<br>Fort Myers, FL 33966 | AKJ Industries<br>10175 Six Mile Cypress Highway<br>Unit 1<br>Fort Myers, FL 33966 | | | 50,361.99 |
| Archer Daniels Midland<br>PO Box 300017<br>Duluth, GA 30096 | Archer Daniels Midland<br>PO Box 300017<br>Duluth, GA 30096 | | | 428,768.12 |
| BASF Corporation<br>PO Box 360941<br>Pittsburgh, PA 15251-6941 | BASF Corporation<br>PO Box 360941<br>Pittsburgh, PA 15251-6941 | | | 142,338.81 |
| Chemstream Inc<br>166 Commerce Drive<br>Stoystown, PA 15563 | Chemstream Inc<br>166 Commerce Drive<br>Stoystown, PA 15563 | | | 175,566.75 |
| Colonial Chemical Solutions, Inc.<br>PO Box 576<br>Savannah, GA 31402-0576 | Colonial Chemical Solutions, Inc.<br>PO Box 576<br>Savannah, GA 31402-0576 | | | 25,041.32 |
| D Car LLC<br>c/o Chem Group<br>2406 Lynch Rd<br>Evansville, IN 47711 | D Car LLC<br>c/o Chem Group<br>2406 Lynch Rd<br>Evansville, IN 47711 | | | 561,518.75 |
| Eastman Chemical Co Financial Corporation<br>PO Box 8500-55157<br>Philadelphia, PA 19178-5157 | Eastman Chemical Co Financial Corporation<br>PO Box 8500-55157<br>Philadelphia, PA 19178-5157 | | | 127,474.84 |
| Envirotech Services<br>P O Box 5512<br>Denver, CO 80217 | Envirotech Services<br>P O Box 5512<br>Denver, CO 80217 | | | 40,092.90 |
| FloMin Coal Inc.<br>PO Box 405655<br>Atlanta, GA 30384-5655 | FloMin Coal Inc.<br>PO Box 405655<br>Atlanta, GA 30384-5655 | | | 648,221.70 |

B4 (Official Form 4) (12/07) - Cont.

In re   Freedom Industries, Inc.                                    Case No. _____
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Henwil Corporation<br>PO Box 466<br>Beaver, PA 15009 | Henwil Corporation<br>PO Box 466<br>Beaver, PA 15009 | | | 56,129.74 |
| J & B Blending<br>Nichol Ave<br>M.R.I.E. Bld 163 / 164<br>McKees Rocks, PA 15136 | J & B Blending<br>Nichol Ave<br>M.R.I.E. Bld 163 / 164<br>McKees Rocks, PA 15136 | | | 61,205.37 |
| Kemira Chemicals, Inc.<br>PO Box 105046<br>Atlanta, GA 30348-5046 | Kemira Chemicals, Inc.<br>PO Box 105046<br>Atlanta, GA 30348-5046 | | | 286,634.19 |
| Liberty Tank Lines<br>PO Box 3621<br>Charelston, WV 25336 | Liberty Tank Lines<br>PO Box 3621<br>Charelston, WV 25336 | | | 117,812.12 |
| P & B Transportation Inc<br>601 Marco Rd<br>Apollo, PA 15613-8854 | P & B Transportation Inc<br>601 Marco Rd<br>Apollo, PA 15613-8854 | | | 29,218.75 |
| Prospect Trucking<br>5776 Prospect Drive<br>Newburgh, IN 47630 | Prospect Trucking<br>5776 Prospect Drive<br>Newburgh, IN 47630 | | | 106,444.85 |
| Rock Meadow Estates, LLC<br>231 Airways Drive<br>Bessemer City, NC 28016 | Rock Meadow Estates, LLC<br>231 Airways Drive<br>Bessemer City, NC 28016 | | | 54,758.00 |
| Silverlake Holding, LLC<br>2406 Lynch Road<br>Evansville, IN 47711 | Silverlake Holding, LLC<br>2406 Lynch Road<br>Evansville, IN 47711 | | | 615,954.51 |
| Tetra Performance Chemicals<br>P O Box 841185<br>Dallas, TX 75284-1185 | Tetra Performance Chemicals<br>P O Box 841185<br>Dallas, TX 75284-1185 | | | 49,320.52 |
| Univar USA<br>13009 Collections Center<br>Chicago, IL 60693 | Univar USA<br>13009 Collections Center<br>Chicago, IL 60693 | | | 35,603.76 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    1/17/2014                    Signature    _____
                                                  Gary Southern
                                                  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.