UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In re:                                    Case No. 14-_____

FREEDOM INDUSTRIES, INC., Chapter 11

Debtor.

## VERIFICATION OF CREDITOR MATRIX

The above named debtor, and attorney for debtor, hereby verify that the attached mailing matrix of creditors is complete, correct and consistent with the debtor's schedules to the best of our knowledge.

Date: _____
          Signature of Debtor

Date: 01·17·14 _____
          Signature of Attorney for Debtor