UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

Freedom Industries, Inc.                                                  Case No. 14-20017
                                                                          Chapter 11
    Debtor(s)

### ORDER SCHEDULING EXPEDITED HEARING OF FIRST DAY MOTIONS

The Debtor having filed for protection under Title 11 of the U.S. Code on Friday, January 17, 2014, and having submitted requests for expedited consideration of the following "First Day Motion Matters":

1. Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay 503(B)(9) Claims
2. Emergency Motion for Interim and Final Order Authorizing Debtor-In-Possession Financing
3. Motion for Entry of an Order Authorizing the Payment of Pre-Petition Wages, Benefits and Employment Taxes
4. Debtor's Motion for Entry of an Order Authorizing the Debtor to Continue Using Its Existing Cash Management System, Bank Accounts, and Business Forms
5. Motion for Entry of an Order Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees
6. Motion to Authorize Payment of Certain Essential Trade Vendors' Prepetition Obligations Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 6003
7. Motion for Entry of Order: (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services on Account of Prepetition Invoice: and (II) Authorizing Debtor-In-Possession Financing

It is ORDERED that the motions for expedited consideration is GRANTED and the above motions will be heard at <u>1:30 p.m. on Tuesday, January 21, 2014 in the Bankruptcy Courtroom A, Room 6400, Robert C. Byrd Federal Courthouse, 300 Virginia Street East, Charleston, West Virginia 25301</u>.

It is further ORDERED that in addition to counsel for the debtor, the following officers are to appear to provide information as to said motions.

1. The Chief Executive Officer
2. The Chief Financial Officer

ENTERED: January 17, 2014

_____
Ronald G. Pearson, Judge