# EXHIBIT LOG

BANKRUPTCY CASE: Freedom Industries

CASE NUMBER: 14-20017

A. P. STYLE:

A. P. NUMBER:

DATE: 1/21/14

**Debtor**

| Exhibit No. | Action | Witness or Date | Description |
|---|---|---|---|
| 1 | ID | 1/21/14 - Clone | mt for financing |
| 2 | ID | 1/21/14 - Clone | mt to pay trade debts |

**WVAWC**

| Exhibit No. | Action | Witness or Date | Description |
|---|---|---|---|
| 1 | ID | 1/21/14 - Clone | chart - budget |
| 1 | | | |