UNITED STATES BANKRUTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **FREEDOM INDUSTRIES, INC.,** | ) | |
| | ) | |
| Debtor | ) | Case No. 2:14-bk-20017 |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Bernard E. Layne, III, of Mani, Ellis & Layne, PLLC, will appear as counsel for the creditors EJ&K Enterprises, LLC, and South Hills Marketing, other restaurants, employees and various individuals as creditors in the above-styled case.

                                                **EJ&K Enterprises LLC, and South Hills Market and Café, LLC**
                                                Creditors,
                                                By Counsel

/s/ Bernard E. Layne, III
Bernard E. Layne, III, Esq. (WV Bar No. 7991)
**Mani, Ellis & Layne, PLLC**
P.O. Box 1266
Charleston, WV 25325
(304) 720-1000
blayne@mel-law.com

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2014, the foregoing **Notice of Appearance** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

**Debtor**
**Freedom Industries**
1015 Barlow Drive
Charleston, WV 25311
Kanawha – WV
Tax ID/EIN: 55-0713418

**Represented by:**
J. Nichola Barth
Barth & Thompson
P.O. Box 129
Charleston WV 25321
304-342-6215
Email: nbarth@barth-thompson.com

Mark E. Freelander
McGuire Woods LLP
625 Liberty Ave., 23rd Floor
Pittsburgh, PA 15222
412-667-7928
Fax: 412-667-7967
Email mfreedlander@mcguirewoods.com

Stephen L. Thompson
Barth & Thompson
P.O. Box 129
Charleston, WV
304-342-7111
Fax: 304-342-6215
Email: sthompson@barth-thompson.com

---

**U.S. Trustee**
**United States Trustee**
2025 Robert C. Byrd U.S. Courtouse
300 Virginia Street, East
Charleston, WV 25301
304-347-3400

/s/ Bernard E. Layne, III
Bernard E. Layne, III, Esquire (WV Bar No. 7991)
Mani, Ellis & Layne, PLLC
P.O. Box 1266
Charleston, WV 25325

2