**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0425–2 | User: ljg | Date Created: 2/5/2014 |
| Case: 2:14–bk–20017 | Form ID: b9f | Total: 668 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty          McGuireWoods LLP
2333162    Linda Legg

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dbpos      Freedom Industries, Inc.        1015 Barlow Drive       Charleston, WV 25311
ust          United States Trustee       2025 Robert C. Byrd U.S. Courthouse        300 Virginia Street, East       Charleston, WV 25301
cr           Scott Miller        Bar 101, LLC        101 Capitol Street       Charleston, WV 25301
cr           John T Miesner        PO Box 8396        South Charleston, WV 25303
intp         United States of America        c/o United States Attorney's Office        P.O. Box 1713        Charleston, WV
cr           West Virginia Department of Tax and Revenue        P. O. Box 766        Charleston, WV 25321–0766
cr           Janet Thompson        1326 Elmwood Avenue        Charleston, WV 25301
cr           South Hills Market and Cafe, LLC        1010 Bridge Road        Charleston, WV 25301
cr           EJKEnterprises, LLC        405 Capitol Street        Charleston, WV 25301 UNITED STATES
aty          Barth &Thompson        P.O. Box 129        Charleston, WV 25321
aty          A. L. Emch        Jackson &Kelly PLLC        1600 Laidley Tower        P.O. Box 553        Charleston, WV 25322
aty          Aaron L. Harrah        Hill, Peterson, Carper, Bee &Deitzler        500 Tracy Way        Charleston, WV 25311
aty          Anthony J. Majestro        Powell &Majestro PLLC        405 Capitol Street        Suite P1200        Charleston, WV 25301
aty          Bernard E. Layne, III        Mani, Ellis &Layne, PLLC        , WV
aty          Bernard E. Layne, III        Mani, Ellis &Layne, PLLC        P.O. Box 1266        Charleston, WV 25325
aty          Charles J Kaiser, Jr        Philips Gardill Kaiser &Altmeyer PLLC        61 Fourteenth St        Wheeling, WV 26003
aty          Christopher S. Smith        Hoyer, Hoyer &Smith, PLLC        22 Capitol Street        Charleston, WV 25301
aty          Damon L. Ellis        Mani, Ellis &Layne, PLLC        , WV
aty          David L. Bissett        U.S. Trustees Office        300 Virginia St. East        Room 2025        Charleston, WV 25301
aty          Debra A. Wertman        300 Virginia St., E.        Suite 2025        Charleston, WV 25301
aty          Denise Knouse–Snyder        Phillips, Gardill, Kaiser &Altmeyer        61 14th Street        Wheeling, WV 26003
aty          Ellen S. Cappellanti        P.O. Box 553        Charleston, WV 25322
aty          Eric M. Wilson        WV State Tax Dept        1001 Lee St E.        Charleston, WV 25301
aty          Gary L. Call        U.S. Attorney's Office        P. O. Box 1713        Charleston, WV 25326–1713
aty          Guy R. Bucci        P.O. Box 3712        Charleston, WV 25337
aty          J C Powell        Powell &Majestro PLLC        405 Capitol St Suite P1200        Charleston, WV 25301
aty          J. Nicholas Barth        Barth &Thompson        PO Box 129        Charleston, WV 25321
aty          James C. Peterson        Hill, Peterson, Carper, Bee &Deitzler        500 Tracy Way        Charleston, WV 25311
aty          Jason Alter        McGuireWoods LLP        625 Liberty Avenue, 23rd Floor        Pittsburgh, PA 15222
aty          Jeffrey D. Kaiser        Phillips, Gardill, Kaiser &Altmeyer        61 Fourteenth Street        Wheeling, WV 26003
aty          John T. Miesner        P. O. Box 8396        South Charleston, WV 25303
aty          Jonathan R. Mani        Mani, Ellis &Layne, PLLC        , WV
aty          Joshua Van Eaton        U.S. Department of Justice        601 D. St. N.W.        Washington, DC 20004
aty          Mark E Freedlander        McGuireWoods LLP        625 Liberty Ave, 23rd Floor        Pittsburgh, PA 15222
aty          Michael J. Roeschenthaler        McGuireWoods, LLP        625 Liberty Avenue, 23rd Floor        Pittsburgh, PA 15222
aty          R. Edison Hill        Hill, Peterson, Carper, Bee &Dietzler        North Gate Business Park        500 Tracy Way        Charleston, WV 25311–1261
aty          Roger A. Decanio        The Sutter Law Firm, PLLC        1598 Kanawha Blvd. East        Charleston, WV 25301
aty          Ronald W. Crouch        625 Liberty Avenue, 23rd Floor        Pittsburgh, PA 15222
aty          Scott Schuster        McGuireWoods LLP        625 Liberty Avenue, 23rd Floor        Pittsburgh, PA 15222
aty          Stephen L. Thompson        Barth &Thompson        PO Box 129        Charleston, WV 25321
aty          Timothy C. Bailey        Bucci Bailey &Javins L.C.        Bank One Center – Suite 910        213 Hale Street        Charleston, WV 25301
aty          William F. Dobbs, Jr.        1600 Laidley Tower        P. O. Box 553        Charleston, WV 25322
aty          William V. DePaulo        179 Summers Street        Suite 232        Charleston, WV 25301–2163
smg        United States Attorney        Southern District WV        P.O. Box 1713        Charleston, WV 25326–1713
smg        WV Department of Tax &Revenue        Bankruptcy Unit        P.O. Box 766        Charleston, WV 25323–0766
smg        Internal Revenue Service        P. O. Box 21126        Philadelphia, PA 19114
smg        Branch of Reorganization        Atlanta Regional Office        U.S. Securities and Exchange Commission        Suite 1000, 3475 Lenox Rd, NE        Atlanta, GA 30326–1232
2332800    3F Chimica (Kemira Group)        2965 Momentum Place        Chicago, IL 60689–5329
2332801    84 Lumber        120 Little Sandy Road        Elkview, WV 25071
2332803    A1 Heating &Air        PO Box 7479        Charleston, WV 25356
2332807    ACME Delivery LLC        200 25th Street        Dunbar, WV 25064
2332809    ADM        PO Box 300017        Duluth, GA 30096–0300
2332816    AKJ Industries        10175 Six Mile Cypress Highway        Unit 1        Fort Myers, FL 33966
2332834    ALS Group USA, Corp        PO Box 975444        Dallas, TX 75397
2332856    AT T        PO Box 536216        Atlanta, GA 30353–6216
2332857    AT        PO Box 6463        Carol Stream, IL 60197–6463

2332804   Aaron Air      3303 1/2 4th Ave W      Belle, WV 25015
2332805   Abengoa Solar, Inc.      11500 West 13th Avenue      Lakewood, CO 80215
2332806   Accron LP      506 Honea Egypt Road      Magnolia, TX 77354
2332808   Acrison Inc      20 Empire Blvd      Moonachie, NJ 07074
2332810   Adrienne Grass      324 McKinley Ave      Charleston, WV 25314
2332811   Adrienne Grass      848 Beaumont Rd      Charleston, WV 25314
2332812   Advantage Technical Resourcing      P O Box 4785      Boston, MA 02212–4785
2332813   Air Technologies      PO Box 73278      Cleveland, OH 44193
2332814   Airgas – Mid America      PO Box 532609      Atlanta, GA 30353
2332815   Airland Transport      11100 Calaska Circle      Anchorage, AK 99515–2933
2332817   Akzo Nobel      PO Box 905361      Charlotte, NC 28290–5361
2332818   Al Marino, Inc.      1653 4th Ave      Charelston, WV 25387
2332819   Al Skinner Inc      PO Box 6247      Charleston, WV 25362
2332820   Alaska Traffic Co      PO Box 3837      Seattle, WA 98124–3837
2332821   All Crane &Equipment Rental      6540 MacCorkle Ave SW      St Albans, WV 25177
2332822   All Crane &Equipment Rental Corp      140 West 19th Street      Nitro, WV 25143
2332823   All–Clean Carpet Upholstery      96 Norwood Rd      Nitro, WV 25143
2332824   Allen Kinowski      5330 Bradchar Drive      Cross Lanes, WV 25313
2332826   Allen Pettey      PO Box 136      Hamlin, WV 25523
2332827   Alley–Cassetty Trucking      711 Fesslers Lane      Nashville, TN 37210
2332828   Allied Administrators      Union Bank c/o Allied Admin      PO Box 45381      San Francisco, CA
          94145
2332829   Allpont Transportation LLC      2797 Freeland Road      Hermitage, PA 16148
2332831   Allstate Wrecker Recovery      315 First Street N      St Albans, WV 25177
2332832   Allstate Wrecker Service      315 First Street N      St Albans, WV 25177
2332830   Allstate Wrecker and Recovery LLC      110 Virginia Street      St Albans, WV 25177
2332835   American Billiards Company      1023 Washington St      Charleston, WV 25302
2332836   American Cancer Society      1901 Brunswick Avenue      Charlotte, NC 28207
2332841   American Energy Corporation      46226 National Road      St. Clairsville, OH 43950
2332843   Andrews Boots and Work Wear      2505 MacCorkle Ave      Saint Albans, WV 25177
2332844   Anthony J. Majestro, Esq.      Powell &Majestro PLLC      405 Capital Street, Suite P1200      Charleston, WV
          25301
2332845   Appalachian Chemical Services      415 8th Ave.      St. Albans, WV 25177
2332847   Applied Industrial Tech, Inc.      300 George St., Harper Ind      Beckley, WV 25801–2653
2332849   Archer Daniels Midland      PO Box 300017      Duluth, GA 30096
2332850   Arizona Chemical – Vendor      PO Box 54075      Jacksonville, FL 32245
2332851   Arrow Concrete      P.O. Box 4336      Parkersburg, WV 26104
2332852   Art Tint      516 Winfield Rd      St Albans, WV 25177
2332854   Artistic Promotions LLC      2306 Charles Ave      Dunbar, WV 25064
2332855   Ashland Specialty Chemicals      PO Box116232      Atlanta, GA 30368–6232
2332858   Aztec Enterprises      PO Box 284      Holden, WV 25625
2332859   B.I.T Construction      1183 Dry Hill Road      Beckley, WV 25801
2332864   BASF Corporation      PO Box 360941      Pittsburgh, PA 15251–6941
2332866   BBU Services of WV      PO Box 169      Kenna, WV 25248
2332875   BLT Construction LLC      1183 Dry Hill Road      Beckley, WV 25801
2332860   Baker Corp      P O Box 843596      Los Angeles, CA 90084
2332861   Baldwin Cooke      PO Box 312      Gloversville, NY 12078
2332862   Banner Life Insurance Company      PO Box 740526      Atlanta, GA 30374–0526
2332863   Barry Trucking      15036–B Ceres Ave      Fontana, CA 92335
2332865   Batory Foods      1700 Higgins Road      Suite 300      Des Plaines, IL 60018–3800
2332867   Beck &Henry LLC      840 S Cobb Street      Plamer, AK 99645
2332868   Beckman Machine Inc      4684 Paddock Road      Cincinnati, OH 45229
2332869   Beelman Logistics      PO Box 954389      St Louis, MO 63195–4389
2332870   Beijing Hengju USA Ltd.      PO Box 78521      Charlotte, NC 28271
2332871   Benjamin Bailey, Esq.      Bailey &Glasser, LLP      209 Capitol Street      Charleston, WV 25301
2332872   Binder Science      9391 Grogans Mill Rd      Sutie A–1      The Woodlands, TX 77380
2332873   Biomass SyEnergy, LLC      2102 Fulham Ct.      Houston, TX 77063
2332874   Blackwater, LLC      1083 N Collier Blvd      #182      Marco Island, FL 34145
2332876   Bobcat of Advantage Valley      PO Box 757      St Albans, WV 25177
2332877   Bork Transport of Illionois      Dept 3010      PO Box 87618      Chicago, IL 60680–0618
2332878   Bowles Rice etal      P O Box 1386      Charleston, WV 25325–1386
2332879   Braxton M Cutchin      669 N Academy St      Greenville, SC 29601
2332880   Brechbuhler Scales      Brechbuhler Scales      1424 Scale Street S W      Canton, OH 44706
2332881   Brenntag Mid–South      3796 Reliable Parkway      Chicago, IL 60686–0037
2332882   Brickstreet Insurance Company      PO Box 11285      Charleston, WV 25339
2332883   Brighthouse Network      PO Box 31335      Tampa, FL 33631–3335
2332885   Browz      13997 S Minuteman Dr      Suite 350      Draper, UT 84020
2332886   Buffalo Ridge Enviromental      116 Atlas Rd      S. Charleston, WV 25303
2332887   Bureau of Child Support      PO Box 247      Charleston, WV 25321
2332888   C.H. Robinson Worldwide Inc      PO Box 9121      Minneapolis, MN 55480–9121
2332895   CE Hooton Sales LLC      7521 SW 175 St      Plametto Bay, FL 33157
2332925   CMO Enterprises Inc.      113 Towne Lake Parkway      Suite 120      Woodstock, GA 30188
2332942   CSA Trucking LLC      2049 Falls Creek Rd      Tornado, WV 25202
2332889   Campbell Law Office      1412 Kanawha Boulevard E      Charleston, WV 25301
2332890   Capital City FOP #74      126 South Highland Avenue      Moundsville, WV 26041
2332891   Capital One      PO Box 70885      Charlotte, NC 28272
2332892   Capital Premium Financing Inc.      PO Box 660899      Dallas, TX 75266–0899

| | | | | |
|---|---|---|---|---|
| 2332893 | Carey, Scott, Douglas &Kessler PLLC | 901 Chase Tower | 707 Virginia Street | Charleston, WV 25323 |
| 2332894 | Carson Transport LLC | 2406 Lynch Road | Evansville, IN 47711 | |
| 2332896 | Cemex Construction Materials Pacific, LL | 16888 North E Street | Victorville, CA 92394 | |
| 2332897 | Chapman Printing | P O Box 2029 | Charleston, WV 25327 | |
| 2332898 | Charles Herzing | 124 Lintel Drive | McMurray, PA 15317 | |
| 2332899 | Charles Kincell | 702 Benoni Ave | Fairmont, WV 26554 | |
| 2332900 | Charles Webb, Esq. | Webb Law Firm, PLLC | 108 1/2 Capital Street | Charleston, WV 25301 |
| 2332901 | Charleston Department Store | 1661 West Washington Street | Charleston, WV 25312 | |
| 2332902 | Charleston Family YMCA | 100 YMCA Drive | Charleston, WV 25311 | |
| 2332903 | Charleston Filter Services | P. O. Box 710 | Elkview, WV 25071 | |
| 2332904 | Charleston Gazette | 1001 Virginia Street East | Charleston, WV | |
| 2332905 | Charleston Steel | 511 28th Street | Dunbar, WV 25064 | |
| 2332906 | Chase Credit Card | P.O. Box 94014 | Palatine, IL 60094 | |
| 2332908 | ChemConnect, Inc. | PO Box 51721 | Summerville, SC 29485–8049 | |
| 2332907 | Chemac Company | PO Box 8675 | South Charleston, WV 25303 | |
| 2332909 | Chemicals and Solvents, Inc | 1140 Industry Ave SE | Roanoke, VA 24013 | |
| 2332910 | Chemsearch | P.O. Box 152170 | Irving, TX 75015 | |
| 2332911 | Chemsolv, Inc. | PO Box 13847 | Roanoke, VA 24037 | |
| 2332912 | Chemstream Inc | 166 Commerce Drive | Stoystown, PA 15563 | |
| 2332913 | Chemtrec | PO Box 791383 | Baltimore, MD 21279–1383 | |
| 2332914 | Christina M Smith | 1490 Quick Rd | Elkview, WV 25071 | |
| 2332916 | Ciba Specialty Chemicals/ BASF | PO Box 360941 | Pittsburgh, PA 15251–6941 | |
| 2332917 | Cintas | PO Box 630910 | Cincinnati, OH 45263–0910 | |
| 2332918 | City of Charleston | Traffic Clerk | P O Box 2749 | Charleston, WV 25330–2749 |
| 2332919 | CityLarm | 1207 Quarrier St, Gar.B | Charleston, WV 25301 | |
| 2332920 | Clariant Corporation | Dept 2203 | Carol Stream, IL 60312–2203 | |
| 2332921 | Clark Filter Systems, Inc. | PO Box 215 | Gallipolis, OH 45631 | |
| 2332922 | Clay Whaley | 3 Maple Leaf Lane | Charleston, WV 25314 | |
| 2332923 | Clean Air Technologies | 2727 Plantation Road | Roanoke, VA 24012 | |
| 2332924 | Clean Way Septic Tank Service | PO box 20391 | Charleston, WV 25362 | |
| 2332926 | Coal Preparation Society of America | PO Box 309 | Blacksburg, VA 24063–9998 | |
| 2332927 | Colonial Chemical Solutions, Inc. | PO Box 576 | Savannah, GA 31402–0576 | |
| 2332928 | Colonial Life | P.O Box 903 | Columbia, SC 29202–0903 | |
| 2332929 | Con–Way Freight Inc | PO Box 5160 | Portland, OR 97208–5160 | |
| 2332930 | Connection Chemical | 126 South State Street | Newton, PA 08940 | |
| 2332932 | Consolidated Recycling Co., Inc. | 2406 Lynch Road | Evansville, IN 47711 | |
| 2332933 | Continental Pump Co Inc. | 29425 State Hwy B | Warrenton, MO 63383 | |
| 2332934 | Corporation Service Company | PO Box 13397 | Philadelphia, PA 19101–3397 | |
| 2332935 | Corwn Products &Services, LLC | 831 Frank Street | Sheridan, WY 82801 | |
| 2332936 | Coventry Health &Life | PO Box 6529 | Carol Stream, IL 60197–6529 | |
| 2332937 | Crescent Inks | 149 Bryant Road | Inman, SC 29349 | |
| 2332938 | Crosier's Sanitary Service | PO Box 250 | Lansing, WV 25862 | |
| 2332939 | Cross Lanes Acoustics | 508 Goff Mountain Rd | Cross Lanes, WV 25313 | |
| 2332940 | Cross Pump and Equipment Company | PO Box 889 | Charleston, WV 25323 | |
| 2332941 | Crown Products &Services | 12821 E New Market Street | Suite 310 | Carmel, IN 46032 |
| 2332943 | Custom Weather Inc. | 230 California Street | Suite 240 | San Francisco, CA 94111 |
| 2332944 | D Allen LaDriere | 7130 Rocky Fork Rd | Charleston, WV 25312 | |
| 2332945 | D Car LLC | c/o Chem Group | 2406 Lynch Rd | Evansville, IN 47711 |
| 2332955 | DCar, LLC | 2406 Lynch Road | Evansville, IN 47711 | |
| 2332946 | Dan A. Permenter, P. E. | PO Box 1541 | Roanoke, VA 24007 | |
| 2332947 | Daniel L. Grubb, Esq. | The Grubb Law Group | 1114 Kanawha Blvd., East | Charleston, WV 25301 |
| 2332948 | Daniels Electric Inc | PO Box 3426 | Charelston, WV 25334 | |
| 2332949 | Danny Songer | Pfaff &Smith | 1107 Bullit Street | Charleston, WV 25301 |
| 2332950 | Darren Casto | RT 1 Box 38 A | Liberty, WV 25124 | |
| 2332951 | David Smith Frame and Body | 7018 MacCorkle Ave | St Albans, WV 25177 | |
| 2332952 | Davidson &Sons LTD | 1220–1188 West Georgia Street | Vancouver, BC V6E4A2 | |
| 2332957 | Delaware Secretary of State | Division of Corporations | PO Box 5509 | Binghamton, NY 13902–5509 |
| 2332959 | Dell Preferred Account | Payment Processing Center | PO Box 6403 | Carol Stream, IL 60197–6403 |
| 2332960 | Dennis Conway | 5249 Big Tyler Rd | Cross Lanes, WV 25313 | |
| 2332961 | Dennis Conway | 5249 Big Tyler Rd | Cross Lanes, WV 25313 | |
| 2332964 | Department of Motor Vehicles | Building 3 | 1800 Kanawha Blvd E | Charleston, WV 25317–0002 |
| 2332965 | Diversified Services LLC | 110 Virginia Street | St Albans, WV 25177 | |
| 2332966 | Division of Water an | Division of Water and Waste Mg | PO Box 364 | Charleston, WV 25322 |
| 2332969 | Double C Inc | Dale Redman | Cross Lanes, WV 25313 | |
| 2332973 | Drug Testing Centers of America | 100 Lee Street W | Charleston, WV 25302 | |
| 2332975 | E–Tank Ltd | 4113 Millennium Blvd SE | Massillon, OH 44646 | |
| 2332979 | ECD | c/o Gilson Engeneering Sales | 400 Allen Drive Ste 401 | Charleston, WV 25302 |
| 2332976 | Eagle Research | 4237 State Rt 34 | Hurricane, WV 25526 | |
| 2332977 | East Coast Tees | 205 C Street | South Charleston, WV 25303 | |
| 2332978 | Eastman Chemical Co | Financial Corporation | PO Box 8500–55157 | Philadelphia, PA 19178–5157 |
| 2332980 | Eckert Seamans Cherin &Mellott LLC | PO Box 643187 | Pittsburgh, PA 15264–3187 | |
| 2332982 | Edward Lilly | PO Box 717 | Beaver, WV 25813 | |

2332983   Electro–Quip Manufacturing Corporation      PO Box 1208      Beckley, WV 25801
2332984   Elite Environmental Services, Inc.      PO Box 6405      Evansville, IN 47719
2332985   EnergyTech      910 54th Ave      Suite 230      Greeley, CO 80634
2332986   Engel Welding Inc      PO Box 307      St Albans, WV 25177
2332987   Enstar Natural Gas Co      PO Box 34760      Seattle, WA 98124–1760
2332988   Enterprise Transportation Company      PO Box 972863      Dallas, TX 75397–2863
2332991   EnviroTank Clean Inc      12381 State Rt 7 Unit A      Belpre, OH 45714
2332989   Environmental Operating Solutions, Inc.      160 MacArthur Blvd      Suite 6      Bourne, MA 02532
2332990   Environmental Quality Management Inc      PO Box 643043      Cincinnati, OH 45264–3043
2332992   Envirotech Services      P O Box 5512      Denver, CO 80217
2332994   Escreen Inc.      PO Box 123143      Dept 3143      Dallas, TX 75312–3143
2332996   Estes Express Lines      PO Box 25612      Richmond, VA 23260–5612
2332998   Everchem Fluids, LLC      Rose Tree Corporate Center      1400 N. Providence Rd. Suite 3      Media, PA 19063
2332999   Evergreen Resources      2567 Congo Arroyo Rd      Newell, WV 26050
2333000   Evergreen Tank Solutions      Evergreen Tank Solutions      PO Box 740600      Dallas, TX 75284
2333002   Executive Storage      102 Executive Blvd.      Vincennes, IN 47591
2333003   Express Services Inc      PO Box 535434      Atlanta, GA 30353–5434
2333004   F L Tanks      600 Greene Street      Marietta, OH 45750
2333005   F. Jerome Tapley, Esq.      Cory Watson Crowder &DeGaris, P.C.      2131 Magnolia Avenue      Birmingham, AL 35205
2333010   FCI Technology      P.O. Box 405490      Atlanta, GA 30384–5490
2333006   Fabtech, LLC      PO Box 764      Prosperity, WV 25909–0764
2333007   Falcon Industries      9164 Halston Circle      Newburgh, IN 47630
2333008   Fastenal Company      Fastenal Company      P O Box 1286      Winona, MN 55987
2333009   Fastsigns      5137 MacCorkle Ave SW      South Charleston, WV 25309
2333011   Fed Ex Truckload Brokerage      PO Box 223758      Pittsburgh, PA 15251–2758
2333014   FedEx Truckload Brokerage      PO Box 223758      Pittsburgh, PA 15251–2758
2333012   Federal Express Corp      P O Box 371461      Pittsburgh, PA 15250–7461
2333013   Fedex Freight      PO box 223125      Pittsburgh, PA 15250–2125
2333015   Ferguson Enterprises Inc      PO Box 644093      Pittsburgh, PA 15264
2333017   Fibernet      1200 Greenbrier Street      Charleston, WV 25311
2333016   Fibernet      PO Box 11171      Charleston, WV 25339
2333019   First Bank of Charleston      201 Pennsylvania Avenue      Charleston, WV 25302
2333018   First Bank of Charleston      P O Box 6907      Charleston, WV 25364
2333020   FloMin Coal Inc.      PO Box 405655      Atlanta, GA 30384–5655
2333021   Flynn Metering Sysytems      4115 Tonya Trail      Hamilton, OH 45011
2333022   Foodland      10 Spring Street      Charleston, WV 25302
2333023   Ford Credit      PO Box 790093      St. Louis, MO 63179–0093
2333025   Franco Air LLC      517 Nicholas Street SE      Abindgon, VA 24210
2333026   Fred Pryor Seminars      PO Box 219468      Kansas City, MO 64121–9468
2333028   Freedom Industries, Inc.      PO Box 713      Charleston, WV 25323
2333030   G. Patrick Jacobs, Esq.      Law Offices of G. Patrick Jacobs      7020 MacCorkle Avenue, S.E.      Charleston, WV 25304
2333052   GVM      P O Box 358      Biglerville, PA 17307
2333032   Gary Southern      PO Box 541124      Cincinnati, OH 45254–1124
2333033   Gases Plus      PO Box 789      Gillette, WY 82717–0789
2333034   General Chemical      PO Box 533195      Charlotte, NC 28290–3195
2333035   General Technologies      PO Box 8247      South Charleston, WV 25303
2333036   Geo Specialty Chemicals      PO Box 123171      Dept 3171      Dallas, TX 75312–3171
2333037   Georgia–Pacific Chemicals, LLC      PO Box 102319      68 Annex      Atlanta, GA 30368
2333038   Gilco      535 Rochester Road      Pittsburgh, PA 15237
2333039   Gilco      c/o Gilson Engeneering Sales      400 Allen Drive Ste 401      Charleston, WV 25302
2333040   Gimme Marketing Inc.      PO Box 459      Lawerence, PA 15055
2333041   Global Down Syndrome Foundation      3300 E First Ave      Suite 390      Denver, CO 80206
2333042   Global Experience Specialists Inc      7050 Lindell Road      Las Vegas, NV 89118–4702
2333043   Goldfarb Electric      P O Box 3319      Charleston, WV 25333
2333044   Goodwill Industries of Kanawha Valley I      215 Virginia Street W      Charelston, WV 25302
2333045   Grainger      Dept 120 – 846225738      Palatine, IL 60038
2333046   Great Lakes Chloride, Inc.      895 E 200N      Warsaw, IN 46582
2333047   Great Lakes Environmental Center Inc      739 Hastings Street      Traverse City, MI 49686
2333048   Green Industrial Soulutions LLC      301 West Texas Avenue      Ruston, LA 71270
2333049   Green Planet Industrial LLC      811 Spring Street      Suite 126      Paso Robles, CA 93446
2333050   Green_s Feed &Seed      314 Piedmont Rd      Charleston, WV 25301
2333051   Gresham Plumbing      625 Maryland Ave      Charelston, WV 25302
2333060   HD Supply Waterworks      PO Box 91036      Chicago, IL 60693–1036
2333053   Hach Company      2207 Collections Center Drive      Chicago, IL 60693
2333056   Harris Brothers      1533 Hansford Street      Charleston, WV 25311
2333057   Harry Bell, Jr., Esq.      The Bell Law Firm PLLC      P.O. Box 1723      Charleston, WV 25326
2333058   Hartland Distillations, Inc.      PO Box 5673      Evansville, IN 47716
2333062   Henwil Corporation      PO Box 466      Beaver, PA 15009
2333063   Herman &Cormany      8 Capitol Street      Suite 600      Charleston, WV 25301
2333064   Herman S Kitchen      3236 Horseshoe Creek Rd      Victor, WV 25938
2333065   Highland Hospital      300–56th Street SE      PO Box 4107      Charleston, WV 25364–4107
2333066   Highland Tank      PO Box 827973      Philadelphia, PA 19182–7973
2333067   Hilcorp Energy Company      P.O. Box 61229      Houston, TX 77208–1229
2333068   Home Depot      100 Cross Terrace Blvd      Charleston, WV 25309
2333069   Honey Baked Ham      2834 Mountaineer Blvd      Charleston, WV 25309

| | | | |
|---|---|---|---|
| 2333070 | Hood Container Corporation | 62755 Collection Center Drive | Chicago, IL 60693–0627 |
| 2333072 | Hooten Equipment Co. | 961 Virginia Street West | Charleston, WV 25302–1821 |
| 2333073 | Hot Shot Express LLC | PO box 2003 | Saint Albans, WV 25177 |
| 2333074 | Hot Shotz Inc | 3525 E Mulberry Street | Ft Collins, CO 80524 |
| 2333075 | Hotsy Equipment Company | 2045 Wilson Street | Dunbar, WV 25064 |
| 2333076 | Hughes Tank Company | 2900 N FM 157 | Venus, TX 76084 |
| 2333077 | Huntington District Water Ways | P.O. Box 249 | Ashland, KY 41105 |
| 2333078 | Hybridge Communications Mgt Group | 1116 Smith Street | Charleston, WV 25301–1314 |
| 2333079 | IMR Metallurgical Services | 4102 Bishop Lane | Louisville, KY 40218 |
| 2333089 | ISNetworld | PO Box 841808 | Dallas, TX 75284–1808 |
| 2333090 | IWL Inc. | 1083 N Collier Blvd   #182 | Marco Isalnd, FL 34145 |
| 2333080 | Independent Ag Equipment | PO Box 358 | Biglerville, PA 17307 |
| 2333082 | Indigo Astoria LLC | 100 Edgecrest Drive | Verona, PA 15147 |
| 2333083 | Industrial Maintenance Services | 8579 Buchannon Rd | Volga, WV 26238 |
| 2333084 | Industrial Process Equipment Group | 2800 Locust Street | St Louis, MO 63103 |
| 2333085 | Industrial Systems, Ltd. | 112 West Route 120 | Lakemoor, IL 60051 |
| 2333086 | Innovative Chemical Group LLC | PO Box 41378 | Sacramento, CA 95841 |
| 2333087 | Innovative Chemical Group, LLC | P.O. Box 41378 | Sacramento, CA 95841 |
| 2333088 | Internal Revenue Service | Cincinnati, OH 45999 | |
| 2334562 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 |
| 2333091 | J &B Blending | Nichol Ave   M.R.I.E. Bld 163 / 164 | McKees Rocks, PA 15136 |
| 2333092 | J &J Sign and Crane | 934C Wills Creek Rod | Elkview, WV 25177 |
| 2333093 | J J Keller &Associates | PO Box 548 | Neenah, WI 54957–0548 |
| 2333094 | J. Michael Ranson, Esq. | Ranson Law Office PLLC   1562 Kanawha Blvd. East   P.O. Box 3589   Charleston, WV 25336 | |
| 2333095 | J. R.'s Frame and Body Shop | 8101 Maccorkle Ave | Charleston, WV 25315 |
| 2333096 | J. Timothy DiPiero, Esq. | DiTrapano, Barrett, DiPiero, McGinley   604 Virginia Street East   Charleston, WV 25301 | |
| 2333097 | JABO Supply Corp | P O Box 238 | Huntington, WV 25707 |
| 2333098 | Jack Donenfeld | 119 East Court Street | Cincinnati, OH 45202–1203 |
| 2333101 | Jackson Family Fund | c/o Clay County Bank   PO Box 239 | Clay, WV 25043 |
| 2333103 | Jacobson Transportation Compnay Inc. | PO Box 224 | Des Moines, IA 50306 |
| 2333104 | James C. Peterson, Esq. | Hill, Peterson, Carper, Bee &Deitzler   500 Tracy Way   Charleston, WV 25311 | |
| 2334099 | Janet L. Thompson | 1326 Elmwood Avenue | Charleston, WV 25301 |
| 2333109 | Janet Lee | 303 Oak Hill Ridge Road | Bomont, WV 25030 |
| 2333110 | Jarrold S. Parker, Esq. | Parker Waichman LLP   3301 Bonita Beach Road   Bonita Springs, FL 34134 | |
| 2333113 | Jeff Hudnall | 3303 1/2 4th Ave W | Belle, WV 25015 |
| 2333114 | Jim Green | PO Box 451 | Nitro, WV 00025–3143 |
| 2333115 | Joe Beard &Sons | 5766 Prospect Drive | Newburgh, IN 47630 |
| 2333117 | John E. Sutter, Esq. | The Sutter Law Firm, PLLC   1598 Kanawha Blvd. East   Charleston, WV 25311 | |
| 2333118 | John Kennedy Bailey, Esq. | John Kennedy Bailey Law   P.O. Box 2505   Charleston, WV 25329 | |
| 2333122 | John's Lock &Key Se | 114 McFarland Street | Charleston, WV 25301 |
| 2333123 | Johnson Service Group Staffing Services | 4485 Paysphere Circle | Chicago, IL 60674–4485 |
| 2333124 | Jonathan Mani, Esq. | Mani Ellis &Layne, PLLC   602 Virginia Street East   Charleston, WV 25325 | |
| 2333125 | Jonell Oil Corporation | 13649 Live Oak Lane | Irwindale, CA 91706–1317 |
| 2333127 | K R Komarek Inc. | 548 Clayton Court | Wood Dale, IL 60191 |
| 2333131 | KAO Specialties Americas, LLC | PO Box 602302 | Charlotte, NC 28260–2302 |
| 2333144 | KMX Chemical | PO Box 280 | New Church, VA 23415 |
| 2333128 | Kanawha County Sheriff's Office | Tax Division   409 Virginia St E, Room 120   Charleston, WV 25301–2595 | |
| 2333130 | Kanawha Valley Horsmen's Assoc. | PO Box 6445 | Charleston, WV 25362 |
| 2333132 | Kathy A. Brown, Esq. | Kathy Brown Law, PLLC   P.O. Box 631 | Charleston, WV 25322 |
| 2333133 | Kemira Chemicals, Inc. | PO Box 105046 | Atlanta, GA 30348–5046 |
| 2333136 | Kenny Smith Timber Company | PO Box 417 | Phelps, KY 41553 |
| 2333137 | Kentucky Employers Mutal Insurace | 250 West Main Street   Suite 900 | Lexington, KY 40507 |
| 2333138 | Kentucky State Treasurer | Station Number 21   PO Box 1274 | Frankfort, KY 40602–1274 |
| 2333139 | Kevin Lucas Trucking Inc. | 12276 Hardinburg Road | Vertrees, KY 42724 |
| 2333142 | Klaus Meter &Pump | PO Box 678 | Dunbar, WV 25064 |
| 2333143 | Kmart | 1701 4th Ave W | Charleston, WV 25312 |
| 2333145 | Kols Containers Inc | PO box 1690   Attn Accounting Dept | Union, NJ 07083 |
| 2333146 | Kuhnle Brothers Inc. | PO Box 375 | Newsbury, OH 44065 |
| 2333148 | L &T Inc. | PO Box 2845   10655 Hwy 59 | Gillette, WY 82717–2845 |
| 2333149 | L T Harnett Trucking | 7431 State Rt 7 | Kinsman, OH 44428 |
| 2333165 | LNT Solutions | 4109 Bridgeport Drive | Jordan Station LOR ISO, Canada |
| 2333150 | Ladmore Associates Inc. | 7130 Rocky Fork Road | Charleston, WV 25312 |
| 2333151 | Landstar Ranger Inc | PO Box 8500–54293 | Philadelphia, PA 19178–4293 |
| 2333153 | Law Offices of Jack A. Donefeld | 119 East Court Street | Cincinnati, OH 45202–1203 |
| 2333154 | Lawson Products | P.O. Box 809401 | Chicago, IL 60680–9401 |
| 2333155 | Legacy Contracting LLC | 123 Lillybrook Lane   PO Box 518 | Cyclone, WV 24827 |
| 2333156 | Lexington Center Corporation | 430 W Vine Street | Lexington, KY 40507 |
| 2333157 | Liberty Mutual Insurance Company | Surety Direct Bill   PO Box 11223   Tacoma, WA 98411–0223 | |
| 2333158 | Liberty Tank Lines | PO Box 3621 | Charelston, WV 25336 |
| 2333159 | LifeTite Metal Products | PO Box 127 | Kenna, WV 25248 |

| | | | |
|---|---|---|---|
| 2333160 | Ligno Tech USA Inc | PO Box 3019 | Carol Stream, IL 60132–3012 |
| 2333161 | Lincoln Files | Robert Lincoln Files | 310 Delaware Apt A | Charleston, WV 25302 |
| 2333163 | Linder Oil Company Inc | 820 Industrial Parkway | Ossian, IN 46777 |
| 2333164 | Liquid Transport LLC | 3254 Solutions Center | Chicago, IL 60677–3002 |
| 2333167 | Lowes | 1000 Nitro Marketplace | Cross Lanes, WV 25313 |
| 2333166 | Lowes | 5750 MacCorkle Ave SE | Charleston, WV 25304 |
| 2333168 | Lubrizol Advanced Materials (Noveon) | PO Box 643050 | Pittsburgh, PA 15264 |
| 2333169 | Lumos Networks | PO Box 11171 | Charleston, WV 25339–1171 |
| 2333170 | M H Equipment | 4469 Solutions Center | # 774469 | Chicago, IL 60677 |
| 2333171 | M H Industries, Inc. | 29425 Chagrin Blvd. | Suite 300 | Pepper Pike, OH 44122 |
| 2333172 | M W Kryzak &Sons In | 17 Keystone Drive | Charleston, WV 25311 |
| 2333187 | MCRL | 801 East 4th Street | Suite 11 | Gillette, WY 82716 |
| 2333197 | MIDWEST AGRI–COMMODITIES COMPANY | 999 Fifth Ave | Suite 500 | San Rafael, CA 94901 |
| 2333205 | MJ Communications | 135 Cartier Ct | Roswell, GA 30076 |
| 2333215 | MTech LLC | PO Box 7855 | Cross Lanes, WV 25356 |
| 2333173 | Mabscott Supply Company | P O Box 1560 | Beckley, WV 25802 |
| 2333174 | Madington Enterprises LLC | PO Box 4283 | Gillette, WY 82717–4283 |
| 2333175 | Marcum Material Handling | Rt 3, Box 2097 | Wayne, WV 25570 |
| 2333176 | Margie Dolin Trucking, Inc | P O Box 417 | Institute, WV 25112 |
| 2333177 | Margie Trucking Co. Inc. | 106 Monterey Lane | Cross Lanes, WV 25313 |
| 2333180 | Mary Ann's Flower Shop | 925 Hickory Rd | St Mary's, PA 15857 |
| 2333184 | McGrew PS/LT Tire Co., Inc | 607 Virginia Street, West | Charleston, WV 25302 |
| 2333185 | McJunkin Redman | PO Box 640300 | Pittsburgh, PA 15264 |
| 2333186 | McKees Rocks Industrial Enterprises | 149 Nichol Ave – Main office | McKees Rocks, PA 15136 |
| 2333188 | McTron Technologies | 5210 Hovis Road | Charlotte, NC 28208 |
| 2333190 | MeadWestvaco Corporation | 2028 Collections Drive | Chicago, IL 60696 |
| 2333189 | Meadow Dream Farm | 359 Meadow Dream Lane | Nitro, WV 25143 |
| 2333191 | Messer Industries LLC | P.O. Box 15073 | Marmet, WV 25315 |
| 2333192 | Michael E. Burdette | 937 Midway Drive | Dunbar, WV 25064 |
| 2333193 | Michael J. DelGiudice, Esq. | Timothy J. LaFon, Esq. | 1219 Virginia Street, East | Suite 100 | Charleston, WV 25301 |
| 2333198 | Midwest Industrial Supply | PO box 75545 | Cleveland, OH 44101–4755 |
| 2333199 | Miller Transporters Inc | PO Box 1123 | Jackson, MS 39215–1123 |
| 2333200 | Milwaukee Electric Tool Corp. | 4844 Collection Center Drive | Chicago, IL 60693 |
| 2333201 | Mineral Labs, Inc. | Box 549 | Salyersville, KY 41465 |
| 2333202 | Mineral Seperation Services | 1907 Shadowlake Road | Blacksburg, VA 24060 |
| 2333203 | Mining Electrical Services | 6 MES Drive | Gillette, WY 82716 |
| 2333204 | MinuteMan Press | 182 Summers Street | Charleston, WV 25301 |
| 2333206 | Mobile Medical Corporation | 2413 Lytle Road | Bethel Park, PA 15102 |
| 2333207 | Monogram Plus | 4006 40th Street | Nitro, WV 25143 |
| 2333208 | Montgomery–Rinehardt Corp | 2435 Plantation Center Drive | Suite 210 | Matthews, NC 28105 |
| 2333210 | Moses Ford | 2001 MacCorkle Avenue | Saint Albans, WV 25177 |
| 2333211 | Motion Industries | PO Box 404130 | Atlanta, GA 30384–4130 |
| 2333212 | Mountaineer Gas Company | PO Box 5656 | Charleston, WV 25361 |
| 2333213 | Mountaineer Seatback | 364 Patteson Drive #304 | Morgantown, WV 26505 |
| 2333214 | Mountaineer Wholesal | Mountaineer Wholesale | P O Box 286 | Charleston, WV 25321 |
| 2333216 | Mullen Plumbing Heating and Cooling | 105 A Street | PO Box 8591 | South Charleston, WV 25303 |
| 2333228 | NWTAZ LLC | PO Box 288 | Gallipolis, OH 45631 |
| 2333217 | Napa Auto Parts | 614 Virginia Street | Charleston, WV 25302 |
| 2333218 | National Co–Products, LLC | 1611 Distribution Drive | Burlington, KY 41051 |
| 2333219 | National Mining Association | Dept 20–1091 | PO Box 5940 | Carol Stream, IL 60197 |
| 2333220 | Necessary Oil Company Inc | 1300 Georgia Ave | Bristol, TN 37620 |
| 2333221 | Neo Solutions | PO Box 361 | Beaver, PA 15009–0026 |
| 2333222 | Neptune Chemical Pump Co | 24308 Network Place | Chicago, IL 60673–1243 |
| 2333223 | New Horizons CLC of Charleston, WV | 244 Greystone Blvd | Columbia, SC 29210 |
| 2333224 | Norandex | 300 Executive Parkway West | Suite 100 | Hudson, OH 44236 |
| 2333226 | Northstar Bioscience, LLC | 2514 Boston Post Road | Suite 10–C | Guildford, CT 06437 |
| 2333227 | Nova Rubber Company | PO Box 8580 | South Charleston, WV 25303 |
| 2333229 | Occidental Chemical Corporation | PO Box 406422 | Atlanta, GA 30384–6422 |
| 2333230 | Occupational Health Centers of SW PA | PO Box 9010 | Broomfield, CO 80021–9010 |
| 2334611 | Office Depot | 6600 N. Military Trail – S413G | Boca Raton, FL 33496 |
| 2333231 | Office Depot | PO Box 88040 | Chicago, IL 60680–1040 |
| 2333232 | Office Max | 228 R.L.H. Blvd. | Charleston, WV 25309 |
| 2333233 | Ohio Dept of Taxation | 4485 Northland Ridge Avenue | Columbus, OH 43229 |
| 2333236 | Oil Associates Inc | 3201 E 66th Street | Cleveland, OH 44127 |
| 2333237 | Old Dominion Freight Line Inc | 14933 Collection Center Dr | Chicago, IL 60693–4933 |
| 2333238 | Omega Engineering, Inc. | PO Box 405369 | Atlanta, GA 30384–5369 |
| 2333239 | OneSource Water | PO Box 123 | Greensburg, IN 47240 |
| 2333240 | Orkin | 11 Craddock Way | Poca, WV 25159 |
| 2333241 | Orlando Brown | Belmont Ridge Apartments | 3400 Daniel Lane, Apt. 206 | Monroeville, PA 15146 |
| 2333242 | Orr Safety | 1266 Reliable Parkway | Chicago, IL 60686 |
| 2333243 | Oxyde Chemicals, Inc. | 225 Pennbright Drive | Suite 101 | Houston, TX 77090 |
| 2333244 | P &B Transportation Inc | 601 Marco Rd | Apollo, PA 15613–8854 |
| 2333245 | PA Dept of Tax &Rev | Dept 280405 | Harrisburg, PA 17128–0405 |
| 2333246 | PA Dept of Tax &Rev | Dept 280405 | Harrisburg, PA 17128–0405 |

2333252   PC Connection Sales Corp        PO Box 4520      Woburn, MA 01888–4520
2333257   PF Technologies, Inc.      Northgate Industrial Park      759 Northgate Circle      New Castle, PA 16105
2333263   PMP Fermentation Products, Inc.      900 N.E. Adams Street      Peoria, IL 61603
2333267   PPG Industries Chlor–Alkali      PO Box 534998      Atlanta, GA 30353
2333268   PPG Industries, Inc.      Monroeville Chemicals Center      440 College Park Drive      Monroeville, PA
          15146
2333247   Par Technologies      6325 Constitution Drive      Fort Wayne, IN 46804
2333248   Paradise Inn Inc Sandy Hughes      PO Box 223      Rt 34 Bowles Ridge Rd      Red House, WV 25168
2333249   Patrick Ford      6923 Plum Ranch Rd      Santa Rosa, CA 95404
2333251   Paul Bradley      35 Blue Jay Drive      Washington, PA 15301
2333253   Pena–Plas      2710 Neville Rd      Pittsburgh, PA 15225
2333254   Penton Media      24657 Network Place      Attn Sam Posa      Chicago, IL 60673–1246
2333255   Petroleum Pipe &Supply Company Inc.      PO Box 545      Carnegie, PA 15106
2333256   Petroleum Products      PO box 644274      Pittsburgh, Pa 15264
2333258   Pitney Bowes Credit Corporation      PO Box 856460      Louisville, KY 40285
2333259   Pitney Bowes Global Financial Services      PO Box 371887      Pittsburgh, PA 15250
2333260   Pitts Allegheny &McKees Rocks Railroad      149 Nichol Ave      McKees Rocks, PA 15136
2333261   Pittsburgh Pirates      115 Federal Street      Pittsburgh, PA 15212
2333262   Planet Earth Internet Services      P O Box 7855      Cross Lanes, WV 25356
2333264   Polymer Ventures      1612 Harbor View Road      Charleston, SC 29412
2333266   Powertrack International      PO Box 722      Allison Park, PA 15101
2333269   Precision Testing Laboratory      PO Box 1985      Beckley, WV 25802
2333270   Preiser Scientific Inc.      94 Oliver Street      St Albans, WV 25177
2333271   Pro Build      500 Patrick Street      Charleston, WV 25312
2333272   Pro–Lab      1675 N Commerce Parkway      Suite 100      Weston, FL 33326
2333273   Propel HR      669 N. Academy Street      Greenville, SC 29601
2333274   Prospect Trucking      5776 Prospect Drive      Newburgh, IN 47630
2333275   Purchase Power      PO Box 371874      Pittsburgh, PA 15250
2333276   Quala Wash      PO Box 534698      Atlanta, GA 30353
2333277   Quality Carriers      4910 Payspahere Circle      Chicago, IL 60674
2333278   Quick Delivery      PO Box 20109      Canton, OH 44701
2333280   RAM Industrial Services Inc      PO Box 748      Leesport, PA 19533
2333284   REIC Consultants Inc      PO Box 286      Beaver, WV 25813
2333292   RJW Construction Inc      P O Box 10      Buffalo, WV 25033
2333297   ROC Inc.      PO Box 55      Grafton,, WV 26354
2333308   RSP Fire Protection &Equipment      5 Jordan Addition      PO Box 449      Scott Depot, WV 25560
2333279   Rain for Rent      4350 Golf Acres Drive      Charlotte, NC 28208
2333282   Ramsey Insurance      P O Box 4025      Charleston, WV 25364
2333283   Rantec Corporation      7300 Metro Blvd      Suite 570      Minneapolis, MN 55439
2333285   Remco Sales      P O Box 2907      Charleston, WV 25330
2333286   Renessenz LLC      601 Crestwood Street      Jacksonville, FL 32201
2333287   Resolv Corporation      237 Worthen Road East      Lexington, MA 02421
2333288   Resource Valuization Inc      PO Box 8172      South Charleston, WV 25303
2333289   Richard J. Arsenault, Esq.      Neblett, Beard &Arsenault      2220 Bonaventure Court      P.O. Box
          1190      Alexandria, LA 71309
2333290   Richmond Optics      PO Box 69005      Charleston, WV 25334
2333291   Rioglass Solar, Inc.      13351 W. Rioglass Solar Rd.      Surprise, AZ 85379
2333293   Robert Fitzsimmons, Esq.      Fitzsimmons Law Firm PLLC      1609 Warwood Avenue      Wheeling, WV
          26003
2333295   Robert L. Johns, Trustee      216 Brook Street      Suite 301      Charleston, WV 25304
2333296   Robert Warner, Esq.      Warner Law Offices PLLC      227 Capital Street      Charleston, WV 25301
2333298   Rock Meadow Estates, LLC      231 Airways Drive      Bessemer City, NC 28016
2333299   Rodney Rodavich      6104 Stonecreek Lane      Washington, PA 15301
2333301   Roger Hall      1132 Stanton Drive      Charleston, WV 25306
2333302   Rogers Electrical Contracting Company      2110 Pleasant Valley Road      Fairmont, WV 26554
2333305   Ross Engineering, Inc.      PO Box 12308      Hauppauge, NY 11788–0615
2333306   Roto Rooter      PO Box 7582      Charleston, WV 25356–0582
2333307   Roy N. Howard      5700 Ironwood Drive      Newburgh, IN 47630
2333310   RussTech Inc.      11208 Decimal Drive      Louisville, KY 40299
2333319   SB Services      10191 CR 417      Tyler, TX 75704
2333320   SBS Dust Management Tech      Tom Westbrook      10191 CR 417      Tyler, TX 75704
2333326   SGS      Citibank      PO Box 2502      Carol Stream, IL 60132–2502
2333347   SMI Inc.      12219 SW 131 Ave      Miami, FL 33186–6401
2333351   SNF Incorporated      One Chemical Plant Road      P.O. Box 250      Riceboro, GA 31323
2333352   SNF, Inc.      PO Box 404637      Atlanta, GA 30384–4637
2333359   SPX Flow Technology      PO Box 277886      Atlanta, GA 30384
2333311   Safeguard      PO Box 219      North Tazewell, VA 24630
2333312   Safeguard Business Systems      1180 Church Rd Ste A      Landsdale, PA 19446
2333313   Safeguard Business Systems      PO BOx 88043      Chicago, IL 60680–1043
2333314   Safelite      200 MacCorkle Ave SW      Charleston, WV 25301
2333315   Sagar Enterprises, Inc.      Nicole Avenue      M.R.I.E., Bldg 164      McKees Rocks, PA 15136
2333316   Sal Chemical      PO Box 145200      Dept 1032      Cincinnati, OH 45250–5200
2333317   Sam O'Dell      515 Lloyd Street      Summersville, WV 26651
2333318   Sasol      PO Box 535071      Atlanta, GA 30353–5071
2333321   Schneider National      PO Box 28496      Atlanta, GA 30384–1496
2333322   Schwerman Trucking Co      62522 Collections Center Drive      Chicago, IL 60693–0625
2333323   Screen Graphics      PO Box 565      Five Bank Street      Nitro, WV 25143
2333324   Service Plus      PO Box 893      Morgantown, WV 26507–0893

2333325   Settlemyre Industries, Inc.      P.O. Box 158      Clarksville, OH 45113
2333328   Shamblin Stone      P.O. Box 510      Dunbar, WV 25064–0510
2333327   Shamblin Stone      PO box 510      Dunbar, WV 25064–0510
2333329   Sherwin Williams      217 Randolph St      Charleston, WV 25302
2333330   Shred–It Usa      PO Box 905384      Charlotte, NC 28290–5384
2333331   Siemens      c/o Gilson Engeneering Sales      400 Allen Drive Ste 401      Charleston, WV 25302
2333332   Siemens Industry Inc      PO Box 2715      Carol Stream, IL 60132
2333333   Siemens Industry, Inc.      PO Box 371–034      Pittsburgh, PA 15251–7034
2333334   Sigma–Aldrich      PO Box 535182      Atlanta, GA 30353–5182
2333335   Sigma–Aldrich Inc      P.O. Box 535182      Atlanta, GA 30353–5182
2333336   Silverlake Holding, LLC      2406 Lynch Road      Evansville, IN 47711
2333337   Silverlake Holdings, LLC      2408 Lynch Road      Evansville, IN 47711
2333338   Simple Solutions Printing Inc      PO Box 601      110 E Main Street      West Frankfort, IL 62896
2333339   SimplexGrinnell TYCO      Dept CH 10320      Palatine, IL 60055–0320
2333340   Simply Trucking      709 Coopers Creek Rd      Charleston, WV 25312
2333341   Simpson Weather Associates      809 E Jefferson Street      Charlottesville, VA 22902
2333346   Slattery Enterprises Inc      PO Box 4368      Gillette, WY 82717–4283
2333348   Smith Concrete      Rt 1 Box 74      Poca, WV 25159
2333349   Smith Fastener Co. Inc      PO Box 4356      Charleston, WV 25364–4356
2333350   Snap On Credit      PO Box 98850      Chicago, IL 60693
2333354   Specialty Products &Insulation Co      PO Box 904079      Charlotte, NC 28290–4079
2333355   Speedway      2 Green Road      Charleston, WV 25305
2333356   Spirit Services Inc.      15801 Lockwood Rd      Williamsport, MD 21795
2333357   Spraying Systems Co      PO Box 95564      Chicago, IL 60694–5564
2333358   Sprint      PO Box 4181      Carol Stream, IL 60197
2333360   St Albans High School Cheerleaders      2100 Kanawha Terrace      St Albans, WV 25177
2333361   Standard Envrionmental      147 11th Ave Suite 100      South Charleston, WV 25303
2333362   Standard Funding      PO Box 9011      Syosset, NY 11791–9011
2333363   Staples      2810 Mountaineer Blvd      Charleston, WV 25309
2333364   Staples Office Supply      P.O. Box 415256      Dept DC      Boston, MA 02241
2333365   State Electric      PO Box 890889      Charlotte, NC 28289–0889
2333366   State of Alaska      PO Box 110806      Business Licensing Program      Jeneau, AK 99811–0806
2333367   Statewide Concrete Pumping      406 MacCorkle Avenue      St Albans, WV 25177
2333368   Staveley Services      Staveley Services      PO Box 711266      Cincinnati, OH 45271–1266
2333369   Stepan Company      PO Box 905520      Charlotte, NC 28290–5520
2333370   Stephanie Elkins      70 Kilgore Creek Rd      Milton, WV 25541
2333371   Stephen P. Meyer, Esq.      Meyer, Ford, Glasser &Radman PLLC      120 Capitol Street      P.O. Box 11090      Charleston, WV 25339
2333372   Steve Chapman      100 Laura Lane #4      Charleston, WV 25311
2333373   Stoel Rives LLP      900 SW Fifth Ave Suite 2600      Portland, OR 97204
2333374   Streamline Automation, LLC      3025 S 48th Street      # 103      Tempe, AZ 85282
2333375   Stringer Resource Group      PO Box 2078      Greer, SC 29652
2333377   Stuart Calwell, Esq.      The Calwell Practice, L.C.      Law and Arts Center West      500 Randolph Street      Charleston, WV 25302
2333378   Suddenlink      PO Box 742535      Cincinnati, OH 45274–2535
2333379   Sun Belt Rentals      PO Box 409211      Atlanta, GA 30384–9211
2333381   Superior Ag Resources      7780 S SR 57      Oakland City, IN 47660
2333382   Superior Carriers      4744 Paysphere Circle      Chicago, IL 60674
2333383   Superior Filter Company Inc      PO Box 686      Man, WV 25635
2333384   Superior Plus Construction Products Cor      PO Box 904079      Charlotte, NC 28290
2333385   T N T Garage Door      2051 Winfield Road      Winfield, WV 25213
2333386   T. W. Metals      10104 Granite Street      Charlotte, NC 28273
2333388   TCG Global, LLC      14104 E. Davies Ave      Centennial, CO 80112
2333409   TNK Resources      16255 Lucky Bell Lane      Newbury, OH 44065
2333410   TNT Garage Doors Inc.      2051 Winfiled Rd      Winfield, WV 25213
2333387   Tanklink Corp      Dept CH 19380      Palatine, IL 60055–9380
2333389   Telephone Movers of WV, Inc.      201 Trent Street      Saint Albans, WV 25177
2333390   Telrite Corporation      P.O. Box 60093      New Orleans, LA 70160
2333391   Temple–Inland      PO Box 644095      Pittsburgh, PA 15264–4095
2333392   Tennant      PO Box 71414      Chicago, IL 60694
2333393   Terry Cline      505 50th Street      Charleston, WV 25304
2333395   Tetra Performance Chemicals      P O Box 841185      Dallas, TX 75284–1185
2333396   Tetra Technologies, Inc.      25025 I–45 North      The Woodlands, TX 77380
2333397   Thaman Rubber Company      3280 Hageman Street      Cincinnati, OH 45241
2333399   The Hartford      PO Box 2907      Hartfor, CT 06104–2907
2333398   The Hartford      PO Box 660916      Dallas, TX 75266–0916
2333400   The Wall Street Journal      PO Box 7007      Chicopee, MA 01021–9985
2333401   Thomas Combs &Spann PLLC      PO Box 3824      Charleston, WV 25338
2333402   Thomas Scientific      1654 High Hill Rd      PO Box 99      Swedesboro, NJ 08085
2333403   Three Rivers Packaging, Inc.      301 Smith Drive, Suite 5      Cranberry Township, PA 16066–6209
2333404   Tideline Logistics Center      4837 Carolina Beach Road      Suite 208      Wilimington, NC 28412
2333405   Tidewater Tranist Company, Inc      P O Box 189      Kinston, NC 28502
2333406   Time D.C. Inc      PO Box 1743      Owesnboro, KY 42301
2333407   Timothy C. Bailey, Esq.      Bucci Bailey &Jarvins L.C.      213 Hale Street      Charleston, WV 25337
2333408   Tincher Safety      P O Box 38      Cabin Creek, WV 25035
2333411   Tomahawks      MacCorkle Ave SW      St Albans, WV 25177
2333412   Total Equipment Company      400 Fifth Avenue      Coraopolis, PA 15108
2333413   Trans America Retirment      8488 Shepard Farm Drive      West Chester, OH 45069

2333414   Transflo   P.O. Box 640839   Pittsburgh, PA 15264–0839
2333415   Travelers   CL &Specialty Remittance Cent   Hartford, CT 06183
2333419   Tri Pro   566 Big Coal Fork Drive   Charleston, WV 25306
2333420   Triad Engineering Inc.   4980 Teays Valley Road   Scott Depot, WV 25560
2333421   Troy A. Giatras, Esq.   The Giatras Law Firm PLLC   118 Capital Street, 4th Floor   WV 25307
2333422   True Value Hardware   600 Greene Street   Marietta, OH 45750
2333423   Tyler Mountain Water   P.O. Box 909   Nitro, WV 25143
2333424   U. S. Treasury   Cincinnati, OH 45999
2333435   UPS   3501 MacCorkle Ave SE   Charleston, WV 25304
2333436   UPS   P O Box 7247–0244   Philadelphia, PA 19170
2333425   Underwater Services   PO Box 268   Scott Depot, WV 25560
2333426   Union Oil &Gas Inc   P. O. Box 27   Winfield, WV 25213
2333427   Unishippers   4225 30th Ave S   Moorehead, MN 56560
2333428   United States Plasti   United States Plastic Corp   1390 Neubrecht Rd   Lima, OH 45801–3196
2333429   United States Plastic Corp   1390 Neubrecht Rd   Lima, OH 45801
2333430   United States Postal Service   Postmaster   Charleston, WV 25301
2333431   United Talent   PO Box 1948   Charleston, WV 25327–1948
2333432   Univar USA   13009 Collections Center   Chicago, IL 60693
2333433   Universal Electric   91 D MacCorkle Ave   South Charleston, WV 25303
2333434   Universal Electric LLC   91 D MacCorkle Ave   South Charleston, WV 25303
2333437   Useful Solutions   124 Lintel Drive   McMurray, PA 15317
2333439   Usher Transport Inc   PO Box 16310   Louisville, KY 40256
2333443   VFP Fire Systems   2340 Paysphere Circle   Chicago, IL 60674
2333450   VP Chemicals   3625 Washington Pike   Bridgeville, PA 15017
2333440   Valley Trucking, Inc.   709 Coopers Creek Rd   Charleston, WV 25312
2333441   Valtronics Inc   PO Box 490   Ravenswood, WV 26164
2333442   Verizon   PO Box 660720   Dallas, TX 75266
2333444   Viking Machinery Company   218 Scott Street   Kingsport, TN 37664
2333445   Vincennes Industrial Rental &Contracto   102 Executive Blvd.   Vincennes, IN 47591
2333446   Virginia Dept of Tax and Revenue   PO Box 1777   Richmond, VA 23218–1777
2333447   Virginia Dept of Taxation   P O Box 1777   Richmond, VA 23218–1777
2333449   Vizions Inspection LLC   506 Caroline Ave   Williamstown, WV 26187
2335198   W W Grainger Inc.   Attn: Special Collections Dept   MES17884784554   7300 N. Melvina   Niles
          IL 60714
2333468   WV American Water Company   PO Box 371880   Pittsburgh, PA 15250–7880
2333469   WV Bureau of Employm   WV Bureau of Employment Progra   Unemployment Compensation
          Divi   Charleston, WV 25321
2333470   WV Bureau of Employment Programs   Contribution Accounting   P O Box 106   Charleston, WV
          25321
2333471   WV DEP – Division of   WV DEP – Division of Air Quali   601 57th Street SE   Charleston, WV
          25304
2333472   WV DEP – Division–1   WV DEP – Division of Water and   PO Box 40315   Charleston, WV
          25364–0315
2333473   WV DEP Division of Water &Waste Manage   601 57th Street   Charleston, WV 25304
2333479   WV DMV   Bldg 3   1800 Kanawha Blvd E   Charleston, WV 25317
2333474   WV Department of Environmental Protecti   601 57th Street   Charleston, WV 25304
2333475   WV Department of Highways   1900 Kanawha Blvd. E   Charleston, WV 25305
2333476   WV Department of Tax and Revenue   Withholding   P O Box 1667   Charleston, WV 25326
2333477   WV Dept of Tax &Revenue   Internal Auditing   P.O. Box 1667   Charleston, WV 25326
2333478   WV Dept of Tax &Revenue   Internal Auditing   PO Box 1667   Charleston, WV 25326
2333480   WV Electric Industries   PO Box 1587   Fairmont, WV 26554
2333481   WV Fire Protection   457 20th Street   Dunbar, WV 25064
2333482   WV Manufactures Register   1633 Central Street   Evanston, IL 60201
2333483   WV Office of Miners Health &Safety   1615 Washington Street E   Charleston, WV 25311–2126
2333484   WV Parkways Authority   PO Box 1469   Charleston, WV 25325–1469
2333485   WV Secretary of State   Corporations Division   1900 Kanawha Blvd East   Charleston, WV
          25305
2333486   WV Secretary of State's Office   Business &Licensing Divison   PO Box 40300   Charleston, WV
          25364
2333487   WV Secretary of State's Office   Business and License   PO Box 40300   Charleston, WV 25364
2333488   WV Spring and Radiator   200 W 19th Street   Nitro, WV 25143
2333489   WV State Emergency Response Commission   1900 Kanawha Blvd Bldg 1   Room EB–80   Charleston,
          WV 25305
2333492   WV State Tax Department   ATTN: Doug Skarzinski   PO BOX 1221   Charleston, WV
          25324–1221
2333490   WV State Tax Department   Internal Auditing Division   PO Box 2666   Charleston, WV
          25330–2666
2333493   WV State Tax Department   Revenue Division   PO Box 2745   Charleston, WV 25330
2333494   WV State Tax Department   Tax Account Administration Div   PO Box 11751   Charleston, WV
          25339–1751
2333491   WV State Tax Department   Taxpayer Services Division   PO Box 3784   Charleston, WV 25337
2333495   WV State Tax Dept   Taxpayer Services Division   PO Box 3784   Charleston, WV 25337
2333496   WV State Tax Dept   Taxpayer Services Division   PO Box 3784   Charleston, WV 25337–8297
2333497   WV Steel   300 Wright Road   Poca, WV 25159
2333498   WV Steel   P.O. Box 1029   Poca, WV 25159
2333499   WV Tire Disposal   PO Box 786   Summersville, WV 26651
2333500   WV Water Research Institute   PO Box 6064   Morgantown, WV 26506–6064

| | | | |
|---|---|---|---|
| 2333501 | WV Workers Compensat | WV Workers Compensation Divisi | PO Box 921   Charleston, WV 25323–0921 |
| 2333502 | WVU Athletic Department | PO Box 0877   Morgantown, WV 26507 | |
| 2333503 | WVU Intercollegiate Athletics | PO Box 0877   Morgantown, WV 26507 | |
| 2333504 | WVUF – Mountaineer Athletic Club | PO Box 0877   Morgantown, WV 26507–9931 | |
| 2333451 | Walker Machinery | 112 Carbide Drive   Belle, WV 25015 | |
| 2333453 | Waste Management Services | PO Box 9001054   Louisville, KY 40290–1054 | |
| 2333452 | Waste Management of West Virginia | PO Box 9001797   Louisville, KY 40290 | |
| 2333454 | Watcon Inc. | 2215 S Main Street   South Bend, IN 46613 | |
| 2333455 | Wayne Welding Inc. | 100 Prichard Industrial Park   Prichard, WV 25555 | |
| 2333456 | We Minus Me | 8007 Paseo Esmerado   Carlsbad, CA 92009 | |
| 2333457 | Weeds Inc | 250 Bodley Rd   Aston, PA 19014 | |
| 2333458 | Weeds No More Inc | PO Box 236   Waltersburg, PA 15488 | |
| 2333459 | Welding Inc | PO Box 6007   1712 Pennsylvannia Ave   Charleston, WV 25362 | |
| 2333460 | West Virginia Fire Protection | 457 20th Street   Dunbar, WV 25064 | |
| 2333461 | Whitaker Chemicals, LLC | PO Box 890868   Charlotte, NC 28289–0868 | |
| 2333462 | Whitesel Brothers | 1332 Garbers Church Rd   Harrisonburg, VA 22801 | |
| 2333463 | William C. Forbes, Esq. | Forbes Law Offices, PLLC   1118 Kanawha Blvd East   Charleston, WV 25301 | |
| 2333464 | William Tis | 100 Edgecrest Drive   Verona, PA 15147 | |
| 2333465 | Wizz Well Services Inc | PO Box 2604   Gillette, WY 82717 | |
| 2333466 | Workin.com Inc. | 343 Church Street   Santa Cruz, CA 95060 | |
| 2333467 | World Class Shipping | 210 E. Sunrise Highway   Suite 203   Valley Stream, NY 11581 | |
| 2333506 | YRC Freight | PO Box 93151   Chicago, IL 60673–3151 | |
| 2333507 | YWCA Girls Night Out | 1114 Quarrier Street   Charleston, WV 25301 | |
| 2333505 | Young Floral | 215 Pennsylvania Ave.   Charleston, WV 25302 | |
| 2333508 | Zaclon LLC | 2981 Independence Road   Cleveland, OH 44115 | |
| 2333509 | Zee Medical | PO Box 781503   Indianapolis, IN 46278–8503 | |
| 2332981 | ecoDril, LLC | 124 Lintel Drive   McMurray, PA 15317 | |

TOTAL: 666