**UNITED STATES BANKRUPTCY COURT**
**_____ DISTRICT OF WEST VIRGINIA**

In re:

_____      Case No: _____

Debtor.      Chapter 11

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to §§ 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following creditors of the above named debtors, being among those holding the largest unsecured claims, and who are willing to serve, are appointed to the committee of unsecured creditors:

|  | Creditor/Address | Phone/Fax/E-mail |
|---|---|---|
| _____<br>**CHAIR** | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

All pleadings, reports, orders, notices or other items filed with the clerk in this case must be served upon the chairman of the committee.

Respectfully Submitted
Judy A. Robbins
U.S. Trustee - Region Four

By:   /s/ David L. Bissett_____
        David L. Bissett (WV Bar #6013)
        Trial Attorney
        Office of the U.S. Trustee
        Robert C. Byrd U.S. Courthouse
        300 Virginia St. East, Room 2025
        Charleston, WV 25301
        (304) 347-3400
        Fax (304) 347-3402
        E-mail: David.L.Bissett@usdoj.gov

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on_____, 2014, he served the foregoing APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS upon the following

| Person | Creditor/Address | Phone/Fax/E-mail |
|---|---|---|
| _____<br>CHAIR | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| _____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |

_____, Attorney, Esq.
 Counsel for Debtor

_____
_____
_____

Dated: _____, 2014       By:/s/ David L. Bissett
                 David L. Bissett (WV Bar #6013)
                 Trial Attorney
                 Office of the U.S. Trustee
                 Robert C. Byrd U.S. Courthouse
                 300 Virginia St. East, Room 2025
                 Charleston, WV 25301
                 (304) 347-3400
                 Fax (304) 347-3402
                 E-mail: David.L.Bissett@usdoj.gov