UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FREEDOM INDUSTRIES, INC. | ) | Case No. 2:14-bk-20017 |
| | ) | |
| Debtor. | ) | Docket No. ____ |
| | ) | |

ORDER APPROVING DEBTOR'S MOTION PURSUANT TO
11 U.S.C. § 363(b)(1) FOR ENTRY OF AN ORDER AUTHORIZING
DEBTOR TO USE PROPERTY OF THE ESTATE OUTSIDE OF ORDINARY
COURSE OF BUSINESS BY ENTERING AGREEMENT FOR DEMOLITION
OPERATIONS IN FURTHERANCE OF WEST VIRGINIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION CONSENT ORDER

Upon the motion (the "Motion")[1] of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order ("Order") pursuant to 11 U.S.C. § 363(b)(1) for entry of an order authorizing Debtor to use property of the estate outside of ordinary course of business by entering agreement for demolition operations in furtherance of West Virginia Department of Environmental Protection Consent Order No. 8034 (the "Consent Order"), and any responses thereto; and the Court finding that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; and proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

2. The Debtor is hereby authorized to enter the Agreement with Independence Excavating, Inc. attached to the Motion as Exhibit C (the "Agreement"), including any attachments thereto, and is authorized to use and dispose of the property identified therein pursuant to and in accordance with the Agreement;

3. The terms of the Agreement are hereby approved and made a part hereof;

4. The Debtor is authorized and empowered to take any action reasonably necessary to comply with the terms of the Agreement and Consent Order;

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of the Agreement or this Order.

Dated: JUN 06 2014, 2014

HONORABLE RONALD G. PEARSON
UNITED STATES BANKRUPTCY JUDGE