| Invoice |
|---|



**Civil & Environmental Consultants, Inc.**
**Celebrating 25 Years ~ 1989-2014**
**Phone: 412-429-2324 | Fax: 412-429-2114**
www.cecinc.com

Gary Southern  
Freedom Industries, Inc.  
1015 Barlow Dr.  
Charleston, WV  25311

June 09, 2014  
Project No:        140-256  
Invoice No:        113209

Project         140-256              Freedom Industries

**Professional Services through May 31, 2014**

Task            AW00         All Work

Ongoing support throughout implementation of interim remedial measures and planning for long term remediation and waste disposal options as well as technical support with ancillary issues.  These efforts include daily oversight and documentation of interim remedial actions taken onsite; technical support at weekly meetings with regulatory agencies; completing wastewater treatability sampling and analysis; evaluating options for handling onsite water through both diversion and/or treatment/disposal options; managing the processes and procedures for diversion after receiving approval for diversion and dealing with detections thereafter; ongoing communication with and coordination for offsite treatment/disposal by various third party vendors/indirect dischargers; routine onsite sampling for water quality; reviewing and managing laboratory analytical data results; completing soil sampling under former MCHM storage tanks and coordinating entire event with plaintiff groups and all parties involved in split sampling; and, related reimbursable expenses.

**Professional Fees**

|  |  | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Antonacci, Thomas |  | 46.50 | 85.00 | 3,952.50 |
| Aspril, Erik |  | 76.50 | 85.00 | 6,502.50 |
| Baehr, Terry |  | 76.50 | 140.00 | 10,710.00 |
| Bastin, Paul |  | .25 | 195.00 | 48.75 |
| Cooper, Ivan |  | 1.00 | 195.00 | 195.00 |
| Dlugos, Robert |  | 86.50 | 165.00 | 14,272.50 |
| Duffer, Matthew |  | 66.75 | 75.00 | 5,006.25 |
| Duffer, Matthew | Ovt | 28.50 | 75.00 | 2,137.50 |
| Grobe, Elizabeth |  | 1.25 | 140.00 | 175.00 |
| Hilgar, Gary |  | 3.50 | 140.00 | 490.00 |
| Nairn, James |  | 5.80 | 195.00 | 1,131.00 |
| Pettit, Roy |  | 72.00 | 75.00 | 5,400.00 |
| Pettit, Roy | Ovt | 52.50 | 75.00 | 3,937.50 |
| Shonk, Palmer |  | 4.50 | 85.00 | 382.50 |
| Shonk, Palmer | Ovt | .50 | 85.00 | 42.50 |
| Walker, Thomas |  | 1.50 | 165.00 | 247.50 |
|  |  | 524.05 |  | 54,631.00 |

                                                                          **54,631.00**

**Sub-Consultants**

TestAmerica Laboratories

| 5/2/2014 | TestAmerica Laboratories | 255.00 |
| 5/7/2014 | TestAmerica Laboratories | 1,448.00 |
| 5/7/2014 | TestAmerica Laboratories | 340.00 |
| 5/7/2014 | TestAmerica Laboratories | 2,387.20 |
| 5/17/2014 | TestAmerica Laboratories | 255.00 |
| 5/17/2014 | TestAmerica Laboratories | 680.00 |

Civil Engineering | Environmental Engineering & Sciences | Ecological Sciences | Waste Management | Water Resources

| Project | 140-256 | Freedom Industries | | | Invoice | 113209 |
|---|---|---|---|---|---|---|
| | 5/17/2014 | TestAmerica Laboratories | | 1,108.00 | | |
| | 5/17/2014 | TestAmerica Laboratories | | 655.00 | | |
| | 5/17/2014 | TestAmerica Laboratories | | 340.00 | | |
| | 5/17/2014 | TestAmerica Laboratories | | 680.00 | | |
| | 5/17/2014 | TestAmerica Laboratories | | 278.00 | | |
| | | **Total Consultants** | **1.12 times** | **8,426.20** | | **9,437.34** |

**Reimbursable Expenses**

  Equipment
| | 5/14/2014 | Pine Environmental Services, Inc. | | 963.00 |

  Lodging
| | 5/1/2014 | Red Roof Inns | | 416.84 |
| | 5/1/2014 | Baehr, Terry | Hotel-4/27/15 to 5/1/2014 | 418.55 |
| | 5/14/2014 | Red Roof Inns | | 310.70 |
| | 5/14/2014 | Baehr, Terry | Hotel 5-14-14 | 61.86 |
| | 5/16/2014 | Red Roof Inns | | 434.98 |
| | 5/29/2014 | Red Roof Inns | | 310.70 |

  Meals
| | 5/2/2014 | Baehr, Terry | Meals | 7.09 |
| | 5/7/2014 | Dlugos, Robert | travel-meals | 16.09 |
| | 5/7/2014 | Dlugos, Robert | travel-meals | 6.74 |
| | 5/12/2014 | Duffer, Matthew | Lunch BBQ | 8.48 |
| | 5/13/2014 | Duffer, Matthew | Lunch BBQ | 9.54 |
| | 5/13/2014 | Duffer, Matthew | Dinner Texas Steak House | 20.22 |
| | 5/14/2014 | Duffer, Matthew | Dinner Domino | 17.28 |
| | 5/14/2014 | Baehr, Terry | Meals | 9.46 |
| | 5/14/2014 | Baehr, Terry | Meals | 7.09 |
| | 5/14/2014 | Duffer, Matthew | Lunch BBQ | 9.54 |
| | 5/14/2014 | Antonacci, Thomas | dinner | 7.30 |
| | 5/14/2014 | Dlugos, Robert | travel meals | 19.43 |
| | 5/14/2014 | Dlugos, Robert | travel meals | 7.56 |
| | 5/15/2014 | Duffer, Matthew | Lunch Go mart | 9.85 |
| | 5/15/2014 | Duffer, Matthew | Dinner Texas Steak House | 11.70 |

  Fuel
| | 5/2/2014 | Baehr, Terry | Fuel for Rental | 60.00 |
| | 5/3/2014 | Baehr, Terry | Fuel for Rental | 27.04 |
| | 5/13/2014 | Baehr, Terry | Fuel for Rental | 90.01 |
| | 5/15/2014 | Baehr, Terry | Fuel for Rental | 75.00 |
| | 5/15/2014 | Baehr, Terry | Fuel for Rental | 25.00 |
| | 5/16/2014 | Duffer, Matthew | Fuel for Rental- Dodge 2500 Diesel | 45.02 |

  Mileage
| | 5/7/2014 | Dlugos, Robert | miles to/from site | 252.00 |

  Parking/Tolls
| | 5/7/2014 | Dlugos, Robert | PA Turnpike Tolls | 4.16 |
| | 5/14/2014 | Baehr, Terry | Toll | 7.25 |

  Car/truck rental
| | 5/16/2014 | Baehr, Terry | Vehicle Rental | 196.71 |
| | 5/30/2014 | Citizens Bank | Terry baehr | 512.26 |

  Field supplies/misc.
| | 5/13/2014 | Antonacci, Thomas | Gallon bags, DI water | 23.54 |
| | 5/14/2014 | Antonacci, Thomas | Ice and lunch | 14.05 |
| | 5/14/2014 | Duffer, Matthew | Ice for Samples and Drink | 3.10 |
| | 5/15/2014 | Antonacci, Thomas | Ice | 7.96 |

| Project | 140-256 | Freedom Industries | | | Invoice | 113209 |
|---|---|---|---|---|---|---|

### Postage & shipping

| Date | Description | | Amount | | |
|---|---|---|---|---|---|
| 5/1/2014 | Federal Express | | 232.44 | | |
| 5/6/2014 | Federal Express | | 111.77 | | |
| 5/6/2014 | Federal Express | | 89.11 | | |
| 5/6/2014 | Federal Express | | 327.97 | | |
| 5/16/2014 | Federal Express | | 151.17 | | |
| 5/16/2014 | Federal Express | | 265.00 | | |
| 5/16/2014 | Federal Express | | 110.06 | | |
| 5/16/2014 | Federal Express | | 116.31 | | |
| 5/16/2014 | Federal Express | | 170.18 | | |
| 5/16/2014 | Federal Express | | 121.40 | | |
| 5/29/2014 | United Parcel Service-Export-Col-Phoenix | | 87.30 | | |
| 5/29/2014 | United Parcel Service-Export-Col-Phoenix | | 2.56 | | |
| 5/29/2014 | Federal Express | | 323.92 | | |
| 5/29/2014 | Federal Express | | 157.15 | | |
| 5/29/2014 | Federal Express | | 130.05 | | |
| 5/29/2014 | Federal Express | | 164.54 | | |
| 5/29/2014 | Federal Express | | 61.50 | | |
| 5/29/2014 | Federal Express | | 24.63 | | |
| 5/29/2014 | Federal Express | | 64.02 | | |
| 5/29/2014 | Federal Express | | 276.68 | | |
| | **Total Reimbursables** | | **1.12 times** | **7,414.86** | **8,304.64** |

### Unit Billing

| | | | | |
|---|---|---|---|---|
| Vehicle Mileage | | 1,222.0 Units @ 0.56 | 684.32 | |
| Field Vehicle (Daily) | | 11.0 Units @ 80.00 | 880.00 | |
| Vehicle Mileage (Miles) | | 519.0 Miles @ 0.56 | 290.64 | |
| EZ Pass Toll | | | | |
| | | 6.24 Units @ 1.00 | 6.24 | |
| **Total Units** | | **1.0 times** | **1,861.20** | **1,861.20** |
| | | **Total this Task** | | **$74,234.18** |
| | | **Amount Due This Invoice** | | **$74,234.18** |

**Billings to Date**

| | Current | Prior | Total |
|---|---|---|---|
| Labor | 54,631.00 | 290,926.50 | 345,557.50 |
| Subcontractors | 9,437.34 | 70,277.36 | 79,714.70 |
| Other costs | 8,304.64 | 27,297.86 | 35,602.50 |
| Unit | 1,861.20 | 10,290.56 | 12,151.76 |
| **Totals** | **74,234.18** | **398,792.28** | **473,026.46** |

*Remit to:*
*Civil & Environmental Consultants Inc.*
*P.O. Box 644246*
*Pittsburgh, PA 15264-4246*

*Payment Terms: Net 30 Days, 1.5% Interest Per Month on Past Due Balances*

| Project | 140-256 | Freedom Industries | | | Invoice | 113209 |
|---|---|---|---|---|---|---|

# Billing Backup

Monday, June 09, 2014

Civil & Environmental Consultants, Inc.     Invoice 113209 Dated 6/9/2014     3:58:08 PM

Project     140-256     Freedom Industries

Task     AW00     All Work

**Professional Fees**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 001534 | Antonacci, Thomas | 5/7/2014 | 2.00 | 85.00 | 170.00 |
| | update lab data file | | | | |
| 001534 | Antonacci, Thomas | 5/8/2014 | 2.00 | 85.00 | 170.00 |
| | update lab data table | | | | |
| 001534 | Antonacci, Thomas | 5/13/2014 | 2.00 | 85.00 | 170.00 |
| | field work prep; pick up equipment from terra, organize equipment and bottles, pack truck | | | | |
| 001534 | Antonacci, Thomas | 5/14/2014 | 17.50 | 85.00 | 1,487.50 |
| | soil sampling beneath tanks 395, 396, 397 | | | | |
| 001534 | Antonacci, Thomas | 5/15/2014 | 8.25 | 85.00 | 701.25 |
| | unpack truck, re-organize equipment, prepare samples for shipment to lab, update lab data excel file, calls with lab and field crew about SUMP 2 | | | | |
| 001534 | Antonacci, Thomas | 5/16/2014 | 1.50 | 85.00 | 127.50 |
| | update lab data file | | | | |
| 001534 | Antonacci, Thomas | 5/19/2014 | 3.00 | 85.00 | 255.00 |
| | update lab data excel file, coordinate weekly sampling with field crew | | | | |
| 001534 | Antonacci, Thomas | 5/21/2014 | 1.50 | 85.00 | 127.50 |
| | calls with field crew about weekly sampling | | | | |
| 001534 | Antonacci, Thomas | 5/22/2014 | 2.50 | 85.00 | 212.50 |
| | update lab data; calls with field crew and lab about MCHM | | | | |
| 001534 | Antonacci, Thomas | 5/27/2014 | 3.25 | 85.00 | 276.25 |
| | update lab data table; talk to field crew; calls with lab | | | | |
| 001534 | Antonacci, Thomas | 5/28/2014 | 2.00 | 85.00 | 170.00 |
| | update lab data file; discussions with field crew and lab about weekly sampling event | | | | |
| 001534 | Antonacci, Thomas | 5/29/2014 | 1.00 | 85.00 | 85.00 |
| | call with lab about QAQC samples | | | | |
| 001791 | Aspril, Erik | 5/18/2014 | 2.00 | 85.00 | 170.00 |
| | drive from Bridgeport office to Charleston site | | | | |
| 001791 | Aspril, Erik | 5/19/2014 | 12.50 | 85.00 | 1,062.50 |
| | prep for fieldwork, sump monitoring control, water samples, transportation to and from site | | | | |
| 001791 | Aspril, Erik | 5/20/2014 | 12.00 | 85.00 | 1,020.00 |
| | sump monitoring control, transportation to and from site | | | | |
| 001791 | Aspril, Erik | 5/21/2014 | 11.50 | 85.00 | 977.50 |
| | sump monitoring control, water samples, transportation to and from site | | | | |
| 001791 | Aspril, Erik | 5/22/2014 | 11.50 | 85.00 | 977.50 |
| | sump monitoring control, transportation to and from site | | | | |
| 001791 | Aspril, Erik | 5/23/2014 | 13.50 | 85.00 | 1,147.50 |
| | sump monitoring control, soil samples, transportation to and from site | | | | |
| 001791 | Aspril, Erik | 5/27/2014 | 13.50 | 85.00 | 1,147.50 |
| | sump monitoring control, transportation to and from site from Bridgeport office. | | | | |
| 001801 | Baehr, Terry | 5/1/2014 | 12.50 | 140.00 | 1,750.00 |
| | Project Oversight | | | | |
| 001801 | Baehr, Terry | 5/2/2014 | 16.00 | 140.00 | 2,240.00 |
| | Project Oversight | | | | |
| 001801 | Baehr, Terry | 5/5/2014 | 1.50 | 140.00 | 210.00 |
| | Field Support, Weather Data | | | | |

| Project | | | | | | Invoice | 113209 |
|---|---|---|---|---|---|---|---|
| 140-256 | | Freedom Industries | | | | | |
| 001801 | Baehr, Terry | 5/6/2014 | .50 | 140.00 | 70.00 | | |
| | Field Support, Weather Data | | | | | | |
| 001801 | Baehr, Terry | 5/7/2014 | 1.00 | 140.00 | 140.00 | | |
| | Field Support, Weather Data | | | | | | |
| 001801 | Baehr, Terry | 5/8/2014 | 1.00 | 140.00 | 140.00 | | |
| | Field Support, Weather Data | | | | | | |
| 001801 | Baehr, Terry | 5/9/2014 | 1.00 | 140.00 | 140.00 | | |
| | Field Support, Weather Data | | | | | | |
| 001801 | Baehr, Terry | 5/12/2014 | 1.50 | 140.00 | 210.00 | | |
| | Field Support, Weather Data, Prep for soil Sampling | | | | | | |
| 001801 | Baehr, Terry | 5/13/2014 | 2.00 | 140.00 | 280.00 | | |
| | Field Support, Weather Data, Prep for soil Sampling | | | | | | |
| 001801 | Baehr, Terry | 5/14/2014 | 14.00 | 140.00 | 1,960.00 | | |
| | Soil Borings, Oversight | | | | | | |
| 001801 | Baehr, Terry | 5/15/2014 | 13.50 | 140.00 | 1,890.00 | | |
| | Soil Borings, Oversight | | | | | | |
| 001801 | Baehr, Terry | 5/16/2014 | 2.50 | 140.00 | 350.00 | | |
| | Prep Soil samples, Field Support | | | | | | |
| 001801 | Baehr, Terry | 5/19/2014 | 3.00 | 140.00 | 420.00 | | |
| | Field Support, Weather Data, Soil Prep to Lab | | | | | | |
| 001801 | Baehr, Terry | 5/20/2014 | 3.00 | 140.00 | 420.00 | | |
| | Field Support, Weather Data, Prep for soil Sampling | | | | | | |
| 001801 | Baehr, Terry | 5/21/2014 | 2.00 | 140.00 | 280.00 | | |
| | Field Support, Weather Data, Project Conferenc Call | | | | | | |
| 001801 | Baehr, Terry | 5/22/2014 | .50 | 140.00 | 70.00 | | |
| | Field Support, Weather Data, Project Conferenc Call | | | | | | |
| 001801 | Baehr, Terry | 5/28/2014 | 1.00 | 140.00 | 140.00 | | |
| | Field Support, Data Eval. | | | | | | |
| 001720 | Bastin, Paul | 5/2/2014 | .25 | 195.00 | 48.75 | | |
| | Field Staff Coordination | | | | | | |
| 001552 | Cooper, Ivan | 5/27/2014 | 1.00 | 195.00 | 195.00 | | |
| | Permit application - client asked to hold | | | | | | |
| 000479 | Dlugos, Robert | 5/1/2014 | 2.50 | 165.00 | 412.50 | | |
| | communication with field staff; reviewing schedule and dates for soil sampling; comm. w/lab and staff to obtain soil sample bottles; reviewing individual tank profiles and following up with Freedom personnel to confirm approvals to haul water | | | | | | |
| 000479 | Dlugos, Robert | 5/2/2014 | 4.00 | 165.00 | 660.00 | | |
| | comm. w/field staff to coordinate schedules over the weekend and drop to 1 shift per day; comm. w/lab re: questionable result from first composite sample at outfall; comm. w/client and counsel re:result and plans to stop diversion until data can be confirmed | | | | | | |
| 000479 | Dlugos, Robert | 5/5/2014 | 3.00 | 165.00 | 495.00 | | |
| | data processing/review; discuss pumping schedule with onsite personnel; evaluate soil sampling options/protocol | | | | | | |
| 000479 | Dlugos, Robert | 5/6/2014 | 3.50 | 165.00 | 577.50 | | |
| | prep for weekly meeting; compile data and information to update DEP re:Interim Remedial Measures and Water Quality Sampling | | | | | | |
| 000479 | Dlugos, Robert | 5/7/2014 | 11.00 | 165.00 | 1,815.00 | | |
| | travel to/from site; participate in weekly meeting; inspect tanks where CSB had cut coupons; review onsite procedures/progress with field rep; evaluate potential sources of detection in Interceptor Trench | | | | | | |
| 000479 | Dlugos, Robert | 5/8/2014 | 5.00 | 165.00 | 825.00 | | |
| | review soil sampling Work Plan from Plaintiff Group and discuss approach with onsite personnel for split sampling and scheduling with counsel | | | | | | |
| 000479 | Dlugos, Robert | 5/9/2014 | 4.00 | 165.00 | 660.00 | | |

| Project | | | | | | Invoice | 113209 |
|---|---|---|---|---|---|---|---|
| 140-256 | Freedom Industries | | | | | | |

| Project | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | reviewing pumping progress/plans; discuss and lay out procedure for emptying Interceptor Trench; reviewing CSB procedures and discussing water use during cutting to determine if that may have mobilized product to cause detection in Interceptor Trench; coordinate plans and personnel for over the weekend. | | | | |
| 000479 | Dlugos, Robert | 5/12/2014 | 1.50 | 165.00 | 247.50 |
| | coordination/planning for soil sampling with Plaintiff Group; lab data review and field personnel communication/oversight | | | | |
| 000479 | Dlugos, Robert | 5/13/2014 | 2.50 | 165.00 | 412.50 |
| | coordinate delivery of hand split spoon sampler; prep for soil sampling and weekly meeting | | | | |
| 000479 | Dlugos, Robert | 5/14/2014 | 15.50 | 165.00 | 2,557.50 |
| | travel to/from site; attend weekly meeting; complete soil sampling under tanks with plaintiff group | | | | |
| 000479 | Dlugos, Robert | 5/16/2014 | 5.00 | 165.00 | 825.00 |
| | reviewing lab data and discussing recent detections in Interceptor Trench and approach for diversion again in the future; discuss lab analysis plans for split samples with Plaintiff Group; coordinate field staffing of project for next week; coordinate return of soil sampling equipment to vendor | | | | |
| 000479 | Dlugos, Robert | 5/19/2014 | 4.50 | 165.00 | 742.50 |
| | comm. w/ and coordination with lab for latest diversion water results; comm. w/onsite personnel; discuss potential ideas with onsite personnel and counsel; data review/input; prep for and complete weekly DEP meeting notes/update | | | | |
| 000479 | Dlugos, Robert | 5/21/2014 | .50 | 165.00 | 82.50 |
| | participate in weekly call from the road | | | | |
| 000479 | Dlugos, Robert | 5/23/2014 | 3.50 | 165.00 | 577.50 |
| | data review and evaluation - update and QC review wastewater data table for submission to Charleston to reconsider accepting wastewater stream based on actual data; field personnel scheduling and communication; discuss items to address before departing site for weekend | | | | |
| 000479 | Dlugos, Robert | 5/27/2014 | 1.50 | 165.00 | 247.50 |
| | find staff available to meet CSB at the WWTP for split sampling after trial runs are complete; coordinate schedule with staff and lab; coordinate with DEP to obtain bottles; order bottles for weekly event | | | | |
| 000479 | Dlugos, Robert | 5/28/2014 | 6.50 | 165.00 | 1,072.50 |
| | coordination with field staff/lab/CSB for split sampling at outfall; comm. w/ field personnel during sampling at CSB; review weekly sampling schedule after CSB sampling is complete; prepare and particpate in weekly call | | | | |
| 000479 | Dlugos, Robert | 5/29/2014 | 6.00 | 165.00 | 990.00 |
| | CSB Industrial User Permit Application; calls to lab to confirm their receipt of samples; discuss analytical schedule and which samples to put a "Rush" on; comm. w/field staff | | | | |
| 000479 | Dlugos, Robert | 5/30/2014 | 6.50 | 165.00 | 1,072.50 |
| | completing CSB Industrial User Permit Application; reviewing/sending CSB split sample results for MCHM to client and DEP; responding to DEP comments regarding onsite pumping protocol | | | | |
| 001680 | Duffer, Matthew | 5/12/2014 | 12.00 | 75.00 | 900.00 |
| | Travel to Charleston WV, Observation with Chip Pettit, Sample 2 locations. | | | | |
| 001680 | Duffer, Matthew | 5/13/2014 | 12.00 | 75.00 | 900.00 |
| | Observation of activities by contractor Diversified. | | | | |
| 001680 | Duffer, Matthew | 5/14/2014 | 12.00 | 75.00 | 900.00 |
| | Observation of activities by contractor Diversified. Perform water samples. Deliver samples. DFR | | | | |
| 001680 | Duffer, Matthew | 5/15/2014 | 4.00 | 75.00 | 300.00 |
| | Observation of activities by contractor Diversified. Perform water sample on sump #2. Deliver samples. DFR | | | | |
| 001680 | Duffer, Matthew | 5/15/2014 Ovt | 8.00 | 75.00 | 600.00 |
| 001680 | Duffer, Matthew | 5/16/2014 Ovt | 12.00 | 75.00 | 900.00 |

| Project | | | | | | Invoice | 113209 |
|---|---|---|---|---|---|---|---|
| | 140-256 | Freedom Industries | | | | | |
| | Observation of activities by contractor Diversified. Worked on DFRs. Traveled to Bridgeport office. | | | | | | |
| 001680 | Duffer, Matthew | 5/26/2014 | .75 | 75.00 | 56.25 | | |
| | Expense Report. Prepared receipts and scanned documents. Completed expense report, submitted, and emailed. | | | | | | |
| 001680 | Duffer, Matthew | 5/27/2014 | 3.00 | 75.00 | 225.00 | | |
| | Travel to Charleston | | | | | | |
| 001680 | Duffer, Matthew | 5/28/2014 | 11.00 | 75.00 | 825.00 | | |
| | Collected water sample for outfall at CSB with WVDEP. Collected weekly samples at site. Observation of site activities & DFR. | | | | | | |
| 001680 | Duffer, Matthew | 5/29/2014 | 10.00 | 75.00 | 750.00 | | |
| | Observation of site activities & DFR. | | | | | | |
| 001680 | Duffer, Matthew | 5/30/2014 | 2.00 | 75.00 | 150.00 | | |
| | Observation of site activities & DFR. Traveled back to Morgantown. | | | | | | |
| 001680 | Duffer, Matthew | 5/30/2014 Ovt | 8.50 | 75.00 | 637.50 | | |
| 001386 | Grobe, Elizabeth | 5/23/2014 | 1.25 | 140.00 | 175.00 | | |
| | Data Mgt. | | | | | | |
| 001775 | Hilgar, Gary | 5/2/2014 | .50 | 140.00 | 70.00 | | |
| | Site Staffing | | | | | | |
| 001775 | Hilgar, Gary | 5/6/2014 | .50 | 140.00 | 70.00 | | |
| | Personnel planning | | | | | | |
| 001775 | Hilgar, Gary | 5/16/2014 | 1.00 | 140.00 | 140.00 | | |
| | Freedom staffing issues | | | | | | |
| 001775 | Hilgar, Gary | 5/19/2014 | .50 | 140.00 | 70.00 | | |
| | Freedom staffing | | | | | | |
| 001775 | Hilgar, Gary | 5/29/2014 | 1.00 | 140.00 | 140.00 | | |
| | Site visit to Freedom while in Charleston | | | | | | |
| 000002 | Nairn, James | 5/1/2014 | .25 | 195.00 | 48.75 | | |
| | review water data | | | | | | |
| 000002 | Nairn, James | 5/6/2014 | .50 | 195.00 | 97.50 | | |
| | diversion h2O quality | | | | | | |
| 000002 | Nairn, James | 5/7/2014 | 1.20 | 195.00 | 234.00 | | |
| | Wkly call and prep | | | | | | |
| 000002 | Nairn, James | 5/8/2014 | .50 | 195.00 | 97.50 | | |
| | Stone env. rpt review | | | | | | |
| 000002 | Nairn, James | 5/12/2014 | .35 | 195.00 | 68.25 | | |
| | pro mgmt | | | | | | |
| 000002 | Nairn, James | 5/15/2014 | .50 | 195.00 | 97.50 | | |
| | water quality/ soil inv | | | | | | |
| 000002 | Nairn, James | 5/16/2014 | .50 | 195.00 | 97.50 | | |
| | pro mgmt | | | | | | |
| 000002 | Nairn, James | 5/19/2014 | .75 | 195.00 | 146.25 | | |
| | tank and water issues | | | | | | |
| 000002 | Nairn, James | 5/22/2014 | .25 | 195.00 | 48.75 | | |
| | call w/ dlugas | | | | | | |
| 000002 | Nairn, James | 5/28/2014 | 1.00 | 195.00 | 195.00 | | |
| | prep and conf call | | | | | | |
| 001748 | Pettit, Roy | 5/1/2014 | 12.00 | 75.00 | 900.00 | | |
| | sampling | | | | | | |
| 001748 | Pettit, Roy | 5/2/2014 Ovt | 14.50 | 75.00 | 1,087.50 | | |
| | sampling | | | | | | |
| 001748 | Pettit, Roy | 5/3/2014 Ovt | 12.00 | 75.00 | 900.00 | | |
| | sampling | | | | | | |
| 001748 | Pettit, Roy | 5/5/2014 Ovt | 4.00 | 75.00 | 300.00 | | |
| 001748 | Pettit, Roy | 5/5/2014 | 8.00 | 75.00 | 600.00 | | |
| | pumping protocol & sampling | | | | | | |
| 001748 | Pettit, Roy | 5/6/2014 | 8.00 | 75.00 | 600.00 | | |

| Project | 140-256 | Freedom Industries | | | | Invoice | 113209 |
|---|---|---|---|---|---|---|---|
| | | pumping protocol & sampling | | | | | |
| 001748 | Pettit, Roy | 5/6/2014 Ovt | 4.00 | 75.00 | 300.00 | | |
| 001748 | Pettit, Roy | 5/7/2014 Ovt | 4.00 | 75.00 | 300.00 | | |
| 001748 | Pettit, Roy | 5/7/2014 | 8.00 | 75.00 | 600.00 | | |
| | pumping protocol & sampling | | | | | | |
| 001748 | Pettit, Roy | 5/8/2014 | 8.00 | 75.00 | 600.00 | | |
| | pumping protocol & sampling | | | | | | |
| 001748 | Pettit, Roy | 5/8/2014 Ovt | 4.00 | 75.00 | 300.00 | | |
| 001748 | Pettit, Roy | 5/9/2014 Ovt | 4.00 | 75.00 | 300.00 | | |
| 001748 | Pettit, Roy | 5/9/2014 | 8.00 | 75.00 | 600.00 | | |
| | pumping protocol & sampling | | | | | | |
| 001748 | Pettit, Roy | 5/10/2014 Ovt | 6.00 | 75.00 | 450.00 | | |
| | pumping protocol & sampling | | | | | | |
| 001748 | Pettit, Roy | 5/11/2014 | 8.00 | 75.00 | 600.00 | | |
| | pumping procedures | | | | | | |
| 001748 | Pettit, Roy | 5/12/2014 | 12.00 | 75.00 | 900.00 | | |
| | pumping procedures | | | | | | |
| 001433 | Shonk, Palmer | 5/6/2014 | .50 | 85.00 | 42.50 | | |
| | Outfall data QAQC | | | | | | |
| 001433 | Shonk, Palmer | 5/9/2014 | .50 | 85.00 | 42.50 | | |
| | Surface water data QAQC | | | | | | |
| 001433 | Shonk, Palmer | 5/19/2014 | 1.50 | 85.00 | 127.50 | | |
| | Surface Water Data QAQC | | | | | | |
| 001433 | Shonk, Palmer | 5/23/2014 Ovt | .50 | 85.00 | 42.50 | | |
| | Surface Water Data QAQC | | | | | | |
| 001433 | Shonk, Palmer | 5/27/2014 | 1.00 | 85.00 | 85.00 | | |
| | Surface Water Data QAQC | | | | | | |
| 001433 | Shonk, Palmer | 5/28/2014 | 1.00 | 85.00 | 85.00 | | |
| | Surface Water Data QAQC | | | | | | |
| 001622 | Walker, Thomas | 5/1/2014 | 1.50 | 165.00 | 247.50 | | |
| | Review Data from Tank 400 & 401 propose H2O2 or Fenton bench study as viable treatment | | | | | | |
| | | | 524.05 | | 54,631.00 | | |
| | | | | | | 54,631.00 | |

**Sub-Consultants**

TestAmerica Laboratories

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AP | 237702 | 5/2/2014 | TestAmerica Laboratories | | 255.00 | | |
| AP | 237907 | 5/7/2014 | TestAmerica Laboratories | | 1,448.00 | | |
| AP | 237908 | 5/7/2014 | TestAmerica Laboratories | | 340.00 | | |
| AP | 237909 | 5/7/2014 | TestAmerica Laboratories | | 2,387.20 | | |
| AP | 238543 | 5/17/2014 | TestAmerica Laboratories | | 255.00 | | |
| AP | 238544 | 5/17/2014 | TestAmerica Laboratories | | 680.00 | | |
| AP | 238545 | 5/17/2014 | TestAmerica Laboratories | | 1,108.00 | | |
| AP | 238546 | 5/17/2014 | TestAmerica Laboratories | | 655.00 | | |
| AP | 238547 | 5/17/2014 | TestAmerica Laboratories | | 340.00 | | |
| AP | 238548 | 5/17/2014 | TestAmerica Laboratories | | 680.00 | | |
| AP | 238553 | 5/17/2014 | TestAmerica Laboratories | | 278.00 | | |
| | | **Total Consultants** | | 1.12 times | 8,426.20 | 9,437.34 | |

**Reimbursable Expenses**

Equipment

| AP | 238269 | 5/14/2014 | Pine Environmental Services, Inc. | 963.00 |
|---|---|---|---|---|

Lodging

| AP | 237665 | 5/1/2014 | Red Roof Inns | 416.84 |
|---|---|---|---|---|
| EX | 000000069780 | 5/1/2014 | Baehr, Terry / Hotel-4/27/15 to 5/1/2014 | 418.55 |
| AP | 238200 | 5/14/2014 | Red Roof Inns | 310.70 |
| EX | 000000070241 | 5/14/2014 | Baehr, Terry / Hotel 5-14-14 | 61.86 |

| Project | 140-256 | | Freedom Industries | Invoice | 113209 |
|---|---|---|---|---|---|
| AP | 238343 | 5/16/2014 | Red Roof Inns | 434.98 | |
| AP | 238824 | 5/29/2014 | Red Roof Inns | 310.70 | |

Meals
| | | | | | |
|---|---|---|---|---|---|
| EX | 000000069780 | 5/2/2014 | Baehr, Terry / Meals | 7.09 | |
| EX | 000000070003 | 5/7/2014 | Dlugos, Robert / travel-meals | 16.09 | |
| EX | 000000070003 | 5/7/2014 | Dlugos, Robert / travel-meals | 6.74 | |
| EX | 000000070215 | 5/12/2014 | Duffer, Matthew / Lunch BBQ | 8.48 | |
| EX | 000000070215 | 5/13/2014 | Duffer, Matthew / Lunch BBQ | 9.54 | |
| EX | 000000070215 | 5/13/2014 | Duffer, Matthew / Dinner Texas Steak House | 20.22 | |
| EX | 000000070215 | 5/14/2014 | Duffer, Matthew / Dinner Domino | 17.28 | |
| EX | 000000070241 | 5/14/2014 | Baehr, Terry / Meals | 9.46 | |
| EX | 000000070241 | 5/14/2014 | Baehr, Terry / Meals | 7.09 | |
| EX | 000000070215 | 5/14/2014 | Duffer, Matthew / Lunch BBQ | 9.54 | |
| EX | 000000070084 | 5/14/2014 | Antonacci, Thomas / dinner | 7.30 | |
| EX | 000000070082 | 5/14/2014 | Dlugos, Robert / travel meals | 19.43 | |
| EX | 000000070082 | 5/14/2014 | Dlugos, Robert / travel meals | 7.56 | |
| EX | 000000070215 | 5/15/2014 | Duffer, Matthew / Lunch Go mart | 9.85 | |
| EX | 000000070215 | 5/15/2014 | Duffer, Matthew / Dinner Texas Steak House | 11.70 | |

Fuel
| | | | | | |
|---|---|---|---|---|---|
| EX | 000000069780 | 5/2/2014 | Baehr, Terry / Fuel for Rental | 60.00 | |
| EX | 000000069780 | 5/3/2014 | Baehr, Terry / Fuel for Rental | 27.04 | |
| EX | 000000070241 | 5/13/2014 | Baehr, Terry / Fuel for Rental | 90.01 | |
| EX | 000000070241 | 5/15/2014 | Baehr, Terry / Fuel for Rental | 75.00 | |
| EX | 000000070241 | 5/15/2014 | Baehr, Terry / Fuel for Rental | 25.00 | |
| EX | 000000070215 | 5/16/2014 | Duffer, Matthew / Fuel for Rental- Dodge 2500 Diesel | 45.02 | |

Mileage
| | | | | | |
|---|---|---|---|---|---|
| EX | 000000070003 | 5/7/2014 | Dlugos, Robert / miles to/from site | 252.00 | |

Parking/Tolls
| | | | | | |
|---|---|---|---|---|---|
| EX | 000000070003 | 5/7/2014 | Dlugos, Robert / PA Turnpike Tolls | 4.16 | |
| EX | 000000070241 | 5/14/2014 | Baehr, Terry / Toll | 7.25 | |

Car/truck rental
| | | | | | |
|---|---|---|---|---|---|
| EX | 000000070241 | 5/16/2014 | Baehr, Terry / Vehicle Rental | 196.71 | |
| AP | 239243 | 5/30/2014 | Citizens Bank / Terry baehr | 512.26 | |

Field supplies/misc.
| | | | | | |
|---|---|---|---|---|---|
| EX | 000000070084 | 5/13/2014 | Antonacci, Thomas / Gallon bags, DI water | 23.54 | |
| EX | 000000070084 | 5/14/2014 | Antonacci, Thomas / Ice and lunch | 14.05 | |
| EX | 000000070215 | 5/14/2014 | Duffer, Matthew / Ice for Samples and Drink | 3.10 | |
| EX | 000000070084 | 5/15/2014 | Antonacci, Thomas / Ice | 7.96 | |

Postage & shipping
| | | | | | |
|---|---|---|---|---|---|
| AP | 237617 | 5/1/2014 | Federal Express | 232.44 | |
| AP | 237824 | 5/6/2014 | Federal Express | 111.77 | |
| AP | 237824 | 5/6/2014 | Federal Express | 89.11 | |
| AP | 237824 | 5/6/2014 | Federal Express | 327.97 | |
| AP | 238339 | 5/16/2014 | Federal Express | 151.17 | |
| AP | 238340 | 5/16/2014 | Federal Express | 265.00 | |
| AP | 238340 | 5/16/2014 | Federal Express | 110.06 | |
| AP | 238340 | 5/16/2014 | Federal Express | 116.31 | |
| AP | 238340 | 5/16/2014 | Federal Express | 170.18 | |
| AP | 238340 | 5/16/2014 | Federal Express | 121.40 | |
| AP | 238942 | 5/29/2014 | United Parcel Service-Export-Col-Phoenix | 87.30 | |
| AP | 238942 | 5/29/2014 | United Parcel Service-Export-Col-Phoenix | 2.56 | |
| AP | 238983 | 5/29/2014 | Federal Express | 323.92 | |
| AP | 238983 | 5/29/2014 | Federal Express | 157.15 | |
| AP | 238983 | 5/29/2014 | Federal Express | 130.05 | |
| AP | 238985 | 5/29/2014 | Federal Express | 164.54 | |
| AP | 238985 | 5/29/2014 | Federal Express | 61.50 | |

| Project | 140-256 | | Freedom Industries | | | Invoice | 113209 |
|---|---|---|---|---|---|---|---|
| AP | 238985 | 5/29/2014 | Federal Express | | 24.63 | | |
| AP | 238985 | 5/29/2014 | Federal Express | | 64.02 | | |
| AP | 238985 | 5/29/2014 | Federal Express | | 276.68 | | |
| | | **Total Reimbursables** | | **1.12 times** | **7,414.86** | **8,304.64** | |

**Unit Billing**

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Mileage | | 1,222.0 Units @ 0.56 | 684.32 | | |
| Field Vehicle (Daily) | | 11.0 Units @ 80.00 | 880.00 | | |
| Vehicle Mileage (Miles) | | 519.0 Miles @ 0.56 | 290.64 | | |
| EZ Pass Toll | | | | | |
| | | 6.24 Units @ 1.00 | 6.24 | | |
| | **Total Units** | **1.0 times** | **1,861.20** | **1,861.20** | |
| | | **Total this Task** | | **$74,234.18** | |
| | | **Total this Project** | | **$74,234.18** | |
| | | **Total this Report** | | **$74,234.18** | |