PAGE: 1

# PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

ATTORNEYS AT LAW

| 301 GRANT STREET, 38TH FL | 1818 MARKET STREET |
| ONE OXFORD CENTRE | SUITE 3402 |
| PITTSBURGH, PA 15219 | PHILADELPHIA, PA 19103 |
| TELEPHONE NO.: (412) 263-2000 | TELEPHONE NO.: (215) 320-6200 |
| FACSIMILE NO.: (412) 263-2001 | FACSIMILE NO.: (215) 981-0082 |

T.I.N. 25-1543933

MATTER NO: FRDOM-104478                 BILL NO: 0

JULY 9, 2015
BILLED THROUGH JUNE 30, 2015

FREEDOM INDUSTRIES

FREEDOM INDUSTRIES BANKRUPTCY

**FOR PROFESSIONAL SERVICES RENDERED:**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/15/2015 | PKV | MC | EMAIL EXCHANGE WITH J. BANKS REGARDING CHEMICAL SAFETY BOARD'S INTEREST IN ADDITIONAL INSPECTION AT FREEDOM | 0.20 HRS | 295.00 /HR | 59.00 |
| 6/15/2015 | PKV | MC | EMAIL TO MARK WELSCH REGARDING CHEMICAL SAFETY BOARD'S INTEREST IN ADDITIONAL INSPECTION AT FREEDOM | 0.10 HRS | 295.00 /HR | 29.50 |
| 6/15/2015 | JRB | FEA | REVIEW AND FILING OF 15TH FREEDOM FEE PETITION | 0.30 HRS | 205.00 /HR | 61.50 |
| 6/24/2015 | PKV | LAFD | REVIEW ORDER OF COURT RE: OBJECTIONS/RESPONSES TO MOTION TO APPROVE SETTLEMENT AND UPCOMING HEARING ON SAME | 0.10 HRS | 295.00 /HR | 29.50 |

TOTAL FEES FOR THIS MATTER                                        $   179.50

PAGE: 2

# PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
ATTORNEYS AT LAW

| 301 GRANT STREET, 38TH FL | 1818 MARKET STREET |
| ONE OXFORD CENTRE | SUITE 3402 |
| PITTSBURGH, PA 15219 | PHILADELPHIA, PA 19103 |
| TELEPHONE NO.: (412) 263-2000 | TELEPHONE NO.: (215) 320-6200 |
| FACSIMILE NO.: (412) 263-2001 | FACSIMILE NO.: (215) 981-0082 |

T.I.N. 25-1543933

MATTER NO: FRDOM-104478           BILL NO: 0

## RATE SUMMARY

| JOHN R. BRUMBERG | 0.30 HOURS | 205.00 /HR | 61.50 |
| PAUL K. VEY | 0.40 HOURS | 295.00 /HR | 118.00 |

TOTAL    0.70

## DISBURSEMENTS

| 6/16/2015 | E101 | IMAGE PRINTING 4 AT 0.20 PER PAGE | 0.80 |
| 6/16/2015 | E101 | IMAGE PRINTING 4 AT 0.20 PER PAGE | 0.80 |
| 6/16/2015 | E108 | POSTAGE = 2.74 | 2.74 |
| 6/16/2015 | E108 | POSTAGE = 2.52 | 2.52 |
| 6/16/2015 | E108 | POSTAGE = 2.52 | 2.52 |
| 6/16/2015 | E108 | POSTAGE = 2.52 | 2.52 |

TOTAL DISBURSEMENTS FOR THIS MATTER       $   11.90

## BILLING SUMMARY

| TOTAL FEES | $ | 179.50 |
| TOTAL DISBURSEMENTS | | 11.90 |
| **TOTAL CHARGES FOR THIS BILL** | $ | **191.40** |

WE APPRECIATE YOUR COURTESY IN REMITTING PAYMENT IN THE ATTACHED ENVELOPE WITHIN 30 DAYS.