# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FREEDOM INDUSTRIES, INC. | ) | Case No. 2:14-bk-20017 |
| | ) | |
| Debtor. | ) | Related to Docket No. 235 |
| | ) | |

## SUMMARY OF FEES AND EXPENSES FROM JANUARY 2015 THROUGH JUNE 30, 2015

McGuireWoods LLP, bankruptcy counsel, to the Debtor, Freedom Industries, Inc., files its Summary of Fees and Expenses (the "Summary") for the billing Periods of January 2015 through June 2015.

| MONTH | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| January 2015 | $47,317.00 | $188.00 | $47,505.00 |
| February 2015 | $45,823.50 | $0.00 | $45,823.50 |
| March 2015 | $83,015.00 | $994.12 | $84,009.12 |
| April 2015 | $103,288.50 | $144.20 | $103,432.70 |
| May 2015 | $63,276.50 | $590.46 | $63,866.96 |
| June 2015 | $66,847.50 | $309.45 | $67,156.95 |
| **Totals** | $409,568.00 | $2,226.23 | $411,794.23 |

Copies of invoices and summaries by billing category related to the corresponding monthly invoices are attached hereto respectively as Exhibits A through F.

Dated: July 29, 2015

Respectfully submitted,

McGUIREWOODS LLP

/s/ Mark E. Freedlander
Mark E. Freedlander (PA 70593)
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Attorneys for the Debtor and
Debtor-in-Possession

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Summary of Fees and Expenses of McGuireWoods LLP was served by this Court's CM/ECF system on July 29, 2015 to all parties having registered in this case under the Court's CM/ECF system.

                                        /s/ Mark E. Freedlander
                                        Mark E. Freedlander