**EXHIBIT A**

**SUMMARY OF FEES BY CATEGORY FOR**
**JANUARY 2015**

| Category | Hours | Fees |
|---|---|---|
| General Administration | 22.0 | $17,218.50 |
| Monthly Reports | 0.3 | $76.50 |
| Insurance | 37.2 | $22,794.50 |
| Creditors' Committee | 3.1 | $2,480.00 |
| Miscellaneous Motions and Adversary Proceedings | 3.2 | $1,684.50 |
| Retention of Professionals and Fee Applications | 5.6 | $3,063.00 |
| **Total** | 71.4 | $47,317.00 |

**SUMMARY OF EXPENSES**

| Description | Amount |
|---|---|
| Pacer Research | $188.00 |
| **Total** | $188.00 |

# MCGUIREWOODS

**Mark E. Freedlander**
412.667.7928

**EQT plaza 23rd and 27th Floor**
**625 Liberty Avenue**
**Pittsburgh PA 15222-3142**

March 24, 2015

INVOICE NO. 91747278

Freedom Industries, Inc.
1015 Barlow Drive
Charleston, WV 25311

TAX ID NO. 54-0505857

JOINT GROUP #2067060

Current Invoice:
    Current Fees:                  $47,317.00
    Current Disbursements:      $188.00
    **Current Invoice Total:**      $47,505.00

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

# McGUIREWOODS

For professional services rendered and expenses incurred from
January 5, 2015    through January 31, 2015   regarding File
Number 2067060 :

| Matter | Fees | Disb. | Total |
|---|---|---|---|
| **General Administration** | | | |
| 2067060-0001 | $17,218.50 | $188.00 | $17,406.50 |
| **Monthly Reports** | | | |
| 2067060-0005 | $76.50 | $0.00 | $76.50 |
| **Disclosure Statement and Plan of Reorganization** | | | |
| **Insurance** | | | |
| 2067060-0014 | $22,794.50 | $0.00 | $22,794.50 |
| **Creditors' Committee** | | | |
| 2067060-0017 | $2,480.00 | $0.00 | $2,480.00 |
| **Miscellaneous Motions and Adversary Proceedings** | | | |
| 2067060-0019 | $1,684.50 | $0.00 | $1,684.50 |
| **Sales** | | | |
| **Retention of Professionals and Fee Applications** | | | |
| 2067060-0022 | $3,063.00 | $0.00 | $3,063.00 |
| | $47,317.00 | $188.00 | $47,505.00 |

Freedom Industries, Inc.
File Number: 2067060                                    Page    2
Invoice No. 91747278                                   March 24, 2015


        FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:


**Re: General Administration**
        **Our File No.   2067060-0001**
        **For Services Rendered Through Jan 31, 2015**


01/05/15  Status/strategy discussion with M. Welch          1.00
          Mark E. Freedlander

01/05/15  Address AIG and class action settlement matters    .50
          with A. Majestro
          Mark E. Freedlander

01/05/15  Address voluntary remediation program matters      .60
          with A. Blakenship and ARCADIS
          Mark E. Freedlander

01/05/15  Status update discussion with D. Bissett           .40
          Mark E. Freedlander

01/05/15  Emails regarding status report in District         .20
          Court; email to local counsel for filing
          Susan D. Harding

01/06/15  Address matters relating to VRP with M. Welch,    1.00
          A. Blakenship
          Mark E. Freedlander

01/06/15  Address Diversified matters with M. Welch          .80
          Mark E. Freedlander

01/06/15  Draft preliminary version of environmental        1.40
          status report
          Mark E. Freedlander

01/07/15  Draft revisions to environmental status report    1.00
          Mark E. Freedlander

01/07/15  Address Etowah stolen floating barge issues        .90
          with A. Blakenship
          Mark E. Freedlander

01/08/15  Address WVDEP demand for trailer clean up with    1.30
          A. Blakenship - review Lexycon documents for
          listing of vehicles at issue with WVDEP
          Mark E. Freedlander

Freedom Industries, Inc.
File Number: 2067060                          Page   3
Invoice No. 91747278                          March 24, 2015

01/08/15 Review A. Blankenship comments to environmental      1.30
         status report and revise status report
         accordingly; follow up discussion with A.
         Blankenship regarding same
            Mark E. Freedlander

01/09/15 Revise environmental status report, follow up        1.20
         communications with M. Welch and A. Blakenship
         regarding same
            Mark E. Freedlander

01/09/15 Address floating dock issues with M. Welch            .50
            Mark E. Freedlander

01/12/15 Comprehensive status/strategy update discussion      1.20
         with M. Welch
            Mark E. Freedlander

01/12/15 Address Welch comments to environmental status        .50
         report, revise and finalize same
            Mark E. Freedlander

01/12/15 File environmental status report                      .20
            Susan D. Harding

01/14/15 Case status/strategy communications with M.          1.50
         Welch, address case disposition matters with R.
         Gold and A. Majestro
            Mark E. Freedlander

01/14/15 Address G. Southern document request with             .80
         counsel to W. Tis and M. Welch
            Mark E. Freedlander

01/15/15 Conference call with J. Manzo regarding matters       .70
         relating to ending of environmental clean up
            Mark E. Freedlander

01/19/15 Status/strategy communications with M. Welch          .50
            Mark E. Freedlander

01/20/15 Case status/strategy discussion with M. Welch         .50
            Mark E. Freedlander

01/20/15 Organize and file response to Southern                .30
         objection to modified settlement agreement
            Susan D. Harding

01/21/15 Status/strategy update discussion with CEB and       1.00
         RBK, follow up discussion with M. Welch
            Mark E. Freedlander

Freedom Industries, Inc.
File Number: 2067060                          Page   4
Invoice No. 91747278                          March 24, 2015

01/23/15 Address Diversified matters with J. Fitzgerald      .70
          Mark E. Freedlander

01/23/15 Address Freedom plea matters with R. Leight         .50
          Mark E. Freedlander

01/26/15 Status update communications with M. Wlech          .70
          Mark E. Freedlander

01/28/15 Status/strategy communications with M. Welch        .80
          regarding environmental matters and case
          disposition
          Mark E. Freedlander

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Mark E. Freedlander | $800.00 | 21.3 | $17,040.00 |
| Susan D. Harding | $255.00 | 0.7 | $178.50 |
| TOTAL FEES | | 22.0 | $17,218.50 |

Disbursements and Other Expenses:
          Pacer Research                             $188.00

                    TOTAL EXPENSES                   $188.00

          TOTAL FOR MATTER 2067060-0001          $17,406.50

Freedom Industries, Inc.
File Number: 2067060                          Page    5
Invoice No. 91747278                          March 24, 2015


**Re: Monthly Reports**
     **Our File No.   2067060-0005**
     **For Services Rendered Through Jan 31, 2015**


01/06/15 File November monthly operating report              .30
         Susan D. Harding


| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Susan D. Harding | $255.00 | 0.3 | $76.50 |
| TOTAL FEES | | 0.3 | $76.50 |


         TOTAL FOR MATTER 2067060-0005                  $76.50

Freedom Industries, Inc.
File Number: 2067060                                    Page   6
Invoice No. 91747278                                   March 24, 2015

**Re: Insurance**
      **Our  File No.   2067060-0014**
      **For Services Rendered Through Jan 31, 2015**


01/08/15 Analysis of materials related to Southern's        2.70
         objection to settlement based on impact on his
         rights under Freedom Industry's policy
           Lowndes Christopher Quinlan

01/08/15 Telephone conference with S. Schuster regarding     .50
         insurance issues related to settlement
           Lowndes Christopher Quinlan

01/09/15 Discussions with counsel to AIG regarding          1.70
         potential approach to resolve G. Southern
         objection and discuss same internally with S.
         Schuster, status/strategy update with M. Welch
         regarding same
           Mark E. Freedlander

01/09/15 Analysis of Southern's claims disputing            1.90
         insurer's right to settle for less than all
         insureds
           Lowndes Christopher Quinlan

01/12/15 Evaluate the objections filed by G. Southern       1.30
         and research regarding potential responses
         based upon terms of the AIG policies and case
         law regarding settlement with one insured
         exhausting limits leaving other insureds with
         no defense or indemnity
           Stephen David Allred

01/12/15 Prepare email to S. Schuster setting forth         1.30
         observations and conclusions regarding
         Southern's objections and potential responses
         based upon research and AIG policy terms
           Stephen David Allred

01/12/15 Research for additional cases touching on an       2.30
         insurer's ability to settle for less than all
         insureds
           Lowndes Christopher Quinlan

Freedom Industries, Inc.
File Number: 2067060                                    Page    7
Invoice No. 91747278                                   March 24, 2015

01/13/15 Continue researching case law regarding            2.00
         Southern's objections and work on preparing
         portion of response brief related to Southern's
         objections to settlement with AIG based upon
         terms of the policy and case law related to
         settling for one insured when there are
         multiple insureds and insufficient limits
            Stephen David Allred

01/13/15 Work on memorandum describing the right of an      2.30
         insurer to enter a settlement on behalf of less
         than all the insureds
            Lowndes Christopher Quinlan

01/13/15 Research regarding issues raised in Southern       1.20
         objection to settlement agreement
            Scott E. Schuster

01/13/15 Drafting brief in response to Southern             2.50
         objection to settlement agreement
            Scott E. Schuster

01/14/15 Status/strategy update communications with D.       .40
         Lutz (Committee Counsel)
            Mark E. Freedlander

01/14/15 Multiple communications with counsel to G.         1.00
         Southern regarding potential resolution of AIG
         objection; follow up with A. Majestro regarding
         same
            Mark E. Freedlander

01/14/15 Revise section of brief related to G.              1.80
         Southern's objection concerning policy terms
         and case law permitting settlement with one
         insured and email to S. Schuster regarding same
            Stephen David Allred

01/14/15 Continue drafting brief in response to Southern    3.00
         objection to settlement agreement
            Scott E. Schuster

01/14/15 Edit and revise brief in response to Southern      2.00
         objection to settlement agreement
            Scott E. Schuster

01/15/15 Review draft brief in support of revised AIG       3.00
         settlement and extensively revise brief in
         support; communications with S. Schuster
         regarding same
            Mark E. Freedlander

```
Freedom Industries, Inc.
File Number: 2067060                         Page   8
Invoice No. 91747278                         March 24, 2015
```

01/16/15  Drafting of revisions to brief in support of          3.00
          revised AIG settlement, discussions with M.
          Welch, counsel to AIG regarding same
              Mark E. Freedlander

01/19/15  Drafting of revisions to brief in support of          1.50
          revised AIG settlement, communications with D.
          TImmins regarding same
              Mark E. Freedlander

01/20/15  Finalize brief in support of revised AIG              1.00
          settlement
              Mark E. Freedlander

01/28/15  Review of G. Southern reply papers and                 .80
          communications with M. Welch regarding same
              Mark E. Freedlander

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Mark E. Freedlander | $800.00 | 12.4 | $9,920.00 |
| Scott E. Schuster | $525.00 | 8.7 | $4,567.50 |
| Stephen David Allred | $525.00 | 6.4 | $3,360.00 |
| Lowndes Christopher Quinlan | $510.00 | 9.7 | $4,947.00 |
| TOTAL FEES | | 37.2 | $22,794.50 |

TOTAL FOR MATTER 2067060-0014                     $22,794.50

Freedom Industries, Inc.
File Number: 2067060                                    Page   9
Invoice No. 91747278                                    March 24, 2015

Re: Creditors' Committee
    Our File No.   2067060-0017
    For Services Rendered Through Jan 31, 2015


01/13/15 Case status/strategy - disposition discussion      2.50
         with R. Gold and A. Majestro; update discussion
         with M. Welch regarding same; follow up
         memorandum to R. Gold and A. Majestro regarding
         issues and estate position on case disposition
             Mark E. Freedlander

01/22/15 Communications with R. Gold regarding committee     .60
         position on case disposition
             Mark E. Freedlander

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Mark E. Freedlander | $800.00 | 3.1 | $2,480.00 |
| TOTAL FEES | | 3.1 | $2,480.00 |


          TOTAL FOR MATTER 2067060-0017              $2,480.00

Freedom Industries, Inc.
File Number: 2067060
Invoice No. 91747278

Page   10
March 24, 2015

Re: Miscellaneous Motions and Adversary Proceedings
    Our File No.   2067060-0019
    For Services Rendered Through Jan 31, 2015

01/05/15  Attention to status report to be filed in          .90
          district court and communications with counsel
          required to sign off on that report
              Scott E. Schuster

01/06/15  Address request for production by G. Southern       .90
          in connection with AIG settlement with M. Welch
              Mark E. Freedlander

01/29/15  Telephone call with S. Schuster regarding           .90
          status report; review docket and draft status
          report
              Susan D. Harding

01/30/15  Draft joint status report to be filed in            .50
          consolidated district court action
              Scott E. Schuster

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Mark E. Freedlander | $800.00 | 0.9 | $720.00 |
| Scott E. Schuster | $525.00 | 1.4 | $735.00 |
| Susan D. Harding | $255.00 | 0.9 | $229.50 |
| TOTAL FEES | | 3.2 | $1,684.50 |

TOTAL FOR MATTER 2067060-0019                    $1,684.50

Freedom Industries, Inc.
File Number: 2067060                          Page  11
Invoice No. 91747278                          March 24, 2015

Re: Retention of Professionals and Fee Applications
    Our File No.   2067060-0022
    For Services Rendered Through Jan 31, 2015

| | | |
|---|---|---|
| 01/07/15 | Review and draft proposed revisions to CRO November 2014 fee report<br>Mark E. Freedlander | 1.00 |
| 01/07/15 | File CRO certification of fees for November<br>Susan D. Harding | .30 |
| 01/13/15 | Draft tenth monthly fee statement for McGuireWoods<br>Susan D. Harding | 1.40 |
| 01/14/15 | Address tax returns and involvement of Schneider Downs with M. Welch<br>Mark E. Freedlander | 1.00 |
| 01/16/15 | Organize exhibits and file December monthly fee statement<br>Susan D. Harding | .60 |
| 01/22/15 | Review and draft modifications to CRO December fee reportion<br>Mark E. Freedlander | 1.00 |
| 01/22/15 | Receive and file CRO report of professional services for December<br>Susan D. Harding | .30 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Mark E. Freedlander | $800.00 | 3.0 | $2,400.00 |
| Susan D. Harding | $255.00 | 2.6 | $663.00 |
| TOTAL FEES | | 5.6 | $3,063.00 |

TOTAL FOR MATTER 2067060-0022                    $3,063.00

Freedom Industries, Inc.
File Number: 2067060                                    Page  12
Invoice No. 91747278                                   March 24, 2015


     Summary of Fees and Expenses:

         Total Fees for all Matters:       $47,317.00

         Total Expenses for all Matters:     $188.00

         Total for this Invoice:      $47,505.00