**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **FREEDOM INDUSTRIES, INC.** | ) | Case No. 2:14-bk-20017 |
| | ) | |
| | ) | Related to Docket No. _____ |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING EXPEDITED MOTION FOR APPROVAL UNDER 11 U.S.C. §§
105 AND 363 TO ENTER INTO AGREEMENT WITH AND COMPENSATE CORE
ENVIRONMENTAL SERVICES, INC. AS DEBTOR'S
<u>LICENSED REMEDIATION SPECIALIST</u>**

Upon the expedited motion (the "<u>Motion</u>")[1] of the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>") for entry of an order (this "<u>Order</u>") pursuant to sections 105(a) and 363(b) of the Bankruptcy Code approving the Debtor entering into an agreement with CORE Environmental Services, Inc. ("<u>CORE</u>") as the Debtor's Licensed Remediation Specialist ("<u>LRS</u>") to oversee the Debtor's participation in the Voluntary Remediation Program ("<u>VRP</u>") and its remediation of the Etowah River Terminal site, in accordance with the terms and conditions set forth in the CORE Proposal attached to the Motion as <u>Exhibit B</u>; and the Court being satisfied, based on the representations made in the Motion; that CORE represents no interest adverse to the Debtor's estate with respect to the matters upon which the CORE Proposal is based, and that CORE's involvement on behalf of the Debtor as the replacement LRS is necessary and in the best interests of the Debtor and its bankruptcy estate; and it appearing that adequate and sufficient notice of the Motion having been given, and that no other or further notice need be given; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion for Authorization Under 11 U.S.C. §§ 105 and 363 To Retain CORE Environmental Services, Inc. as Debtor's Licensed Remediation Specialist.



ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, approval is granted for the Debtor to enter into the CORE Proposal providing for CORE to serve as Freedom's replacement LRS to oversee the Debtor's compliance with the VRP and the remediation of the Etowah River Terminal site, under the terms and conditions set forth in the CORE Proposal attached to the Motion as Exhibit B.

3. CORE will be compensated in accordance with the CORE Proposal solely from the ERT Remediation Fund, with fees and expenses subject to approval by the Debtor and WVDEP. No further order of this Court shall be required for the Debtor to pay invoices of CORE.

4. The notice requirements set forth in Fed. R. Bankr. P. 6004(a) are hereby waived and the terms of this Order shall be immediately effective and enforceable upon its entry notwithstanding Fed R. Bankr. P. 6004(h).

5. This Court shall retain jurisdiction with respect to all matters arising out of or related to the interpretation or implementation of this Order and shall retain jurisdiction over any dispute(s) that may arise under or relate to the CORE Proposal.

Dated: JUL 30 2015, 2015

HONORABLE RONALD G. PEARSON
UNITED STATES BANKRUPTCY JUDGE