# EXHIBIT B TO
# CRO TIME REPORT FOR THE PERIOD
# 9-1-14 THROUGH 6-30-15

**EXHIBIT B**
**Freedom Industries**
**MorrisAnderson & Associates**
**Expense - Mark Welch, CRO**

| Week Ending | Auto Rental | Gas | Lodging | Meals | Parking | Pacer Supplies Other | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| 9/7/2014 | 361.44 | 62.95 | 469.14 | 76.14 | 36.00 | - | - | 1,005.67 |
| 9/14/2014 | 317.84 | 69.68 | 312.76 | 60.50 | 24.00 | - | - | 784.78 |
| 9/21/2014 | 427.27 | 80.32 | 492.76 | 61.92 | 39.00 | - | - | 1,101.27 |
| 9/28/2014 | 387.68 | 112.13 | 469.14 | 290.56 | - | 115.39 | - | 1,374.90 |
| 10/5/2014 | 395.71 | 49.76 | 156.38 | 44.52 | 12.00 | - | - | 658.37 |
| 10/12/2014 | 388.10 | 78.39 | 156.38 | 49.69 | - | - | - | 672.56 |
| 10/19/2014 | 359.59 | 78.03 | 312.76 | 51.15 | - | 233.69 | - | 1,035.22 |
| 10/26/2014 | 355.49 | 57.91 | 312.76 | 63.30 | 24.00 | 110.01 | - | 923.47 |
| 11/2/2014 | 335.17 | 64.66 | 312.76 | 70.61 | 24.00 | - | - | 807.20 |
| 11/9/2014 | 348.06 | 60.77 | 312.76 | 55.36 | - | - | - | 776.95 |
| 11/16/2014 | 309.85 | 14.71 | - | - | - | - | - | 324.56 |
| 11/23/2014 | 344.13 | 96.74 | 312.76 | 56.58 | 15.00 | 133.88 | - | 959.09 |
| 11/30/2014 | 257.15 | 69.29 | 312.76 | 42.50 | 24.00 | 35.20 | - | 740.90 |
| 12/7/2014 | 323.30 | 49.24 | 312.76 | 107.65 | 45.00 | 15.94 | - | 853.89 |
| 12/14/2014 | 298.51 | 16.70 | - | - | - | - | - | 315.21 |
| 12/21/2014 | 254.80 | 19.27 | 470.26 | 57.75 | 30.00 | - | - | 832.08 |
| 12/28/2014 | 229.16 | 11.15 | - | - | - | 106.63 | - | 346.94 |
| 1/4/2015 | 303.48 | 6.40 | - | - | - | - | - | 309.88 |
| 1/11/2015 | 355.73 | 12.60 | - | - | - | 10.52 | - | 378.85 |
| 1/18/2015 | 375.35 | 41.46 | 156.39 | 45.02 | 9.00 | 39.60 | - | 666.82 |
| 2/1/2015 | - | - | 246.38 | 41.29 | 35.00 | 135.83 | 262.20 | 720.70 |
| 2/8/2015 | 286.63 | 38.49 | 223.88 | 40.98 | 72.00 | - | - | 661.98 |
| 2/15/2015 | - | - | 268.88 | 29.21 | 12.00 | 15.48 | 264.50 | 590.07 |
| 2/22/2015 | - | - | - | - | - | - | - | - |
| 3/1/2015 | 371.59 | 50.18 | 515.26 | 63.85 | 30.00 | 97.88 | - | 1,128.76 |
| 3/8/2015 | 327.00 | 43.56 | 447.76 | 168.81 | 30.00 | - | - | 1,017.13 |
| 3/15/2015 | 268.80 | 50.20 | 291.38 | 48.90 | 15.00 | 46.00 | - | 720.28 |
| 3/22/2015 | - | - | - | - | - | - | - | - |
| 3/29/2015 | - | - | 481.51 | 63.87 | 30.00 | - | 262.20 | 837.58 |
| 4/5/2015 | - | - | 557.30 | 66.31 | 15.00 | 94.99 | 262.20 | 995.80 |
| 4/12/2015 | - | - | 156.38 | 54.98 | - | - | 262.20 | 473.56 |
| 4/19/2015 | - | - | - | - | - | 23.82 | - | 23.82 |
| 4/26/2015 | 361.38 | 33.57 | 515.26 | 47.66 | - | 145.12 | - | 1,102.99 |
| 5/3/2015 | 367.81 | 42.44 | 515.26 | 65.58 | 30.00 | 50.00 | - | 1,071.09 |
| 5/10/2015 | - | - | 280.13 | 26.70 | - | - | 276.00 | 582.83 |
| 6/7/2015 | - | - | - | 39.00 | 13.00 | 52.16 | - | 104.16 |
| 6/14/2015 | - | - | - | - | - | 34.86 | - | 34.86 |
| **Total** | **$8,711.02** | **$1,310.60** | **$9,371.91** | **$1,890.39** | **$564.00** | **$1,497.00** | **$1,589.30** | **$24,934.22** |