**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re | ) | |
| | ) | **Chapter 11** |
| **FREEDOM INDUSTRIES, INC.** | ) | |
| | ) | **Case No. 2:14-bk-20017** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**MONTHLY OPERATING REPORT**
**FOR JULY 2015**

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

In re:      Freedom Industries, Inc.      Case No.      2:14-bk-20017

*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:      July-15      Date filed:      9/7/2015

Line of Business:      Specialty Chemicals      NAISC Code:      325199

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY

Original Signature of Responsible Party

Mark Welch

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the Debtor)*

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | | X |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | | X |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | X | |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | |
| 11. DID YOU HAVE ANY UNUSUAL OR SGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED ANY SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |

Page 2

B25C (Official Form 25C) (12/08)

|  | Yes | No |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | X |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | | X |
| 18. HAVE YOU PAID ANY BILLS  YOU OWED BEFORE YOU FILED BANKRUPTCY? | | X |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION  TAX OBLIGATIONS?          [ ]          [X]

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH , THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)* ACCRUAL BASIS
                                                                                          TOTAL INCOME:

SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 253,498.71 |
| Cash on Hand at End of Month | $ | 859,522.36 |

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL:     $     859,522.36

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.) - CASH BASIS NON-ACCRUAL*
                                                                     TOTAL EXPENSES:     $     243,976.36

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT G - ACCRUAL)* | $ | (734,912.33) |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C - CASH BASIS)* | $ | 243,976.36 |
| *(Subtract Line C from Line B)*          **CASH PROFIT FOR THE MONTH** | $ | (978,888.69) |

Page 3

B25C (Official Form 25C) (12/08)

*(Exhibit D)*

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS OCCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL PAYABLES:** | $ | **3,903,072.05** |

*(Exhibit E)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN PAYMENT IS DUE.
*(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL RECEIVABLES:** | $ | **2,267,810.32** |

*(Exhibit F)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 51 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? -*APPLIED $130,169 IN RETAINERS IN JUNE.* | $ | - |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 2,351,830.53 |

*NON - BANKRUPTCY RELATED*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | - |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | - |

Page 4

B25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST
180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| ($000's Omitted) | PROJECTED * | ACTUAL* | DIFFERENCE* |
|---|---|---|---|
| INCOME | $    17,142 | $    20,231 | $    3,089 |
| EXPENSES | $    18,107 | $    20,299 | $    (2,192) |
| CASH PROFIT | $    (965) | $    (68) | $    897 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | - |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 300 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | (300) |

* For the period Jan 17, 2014 to June 30, 2014

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

*(Exhibit G)*

Page 5

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

In re:            Freedom Industries, Inc.                    Case No.            2:14-bk-20017
                  _Debtor_

                                                             Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:                July-15                    Date filed:              9/7/2015

Line of Business:          Specialty Chemicals              NAISC Code:              325199

## EXHIBIT A - TAXES

**NO PAST DUE TAX RETURNS OR PAST DUE POST PETITION TAX OBLIGATIONS TO REPORT**

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

| | | | |
|---|---|---|---|
| In re: | Freedom Industries, Inc. | Case No. | 2:14-bk-20017 |
| | *Debtor* | | |
| | | Small Business Case under Chapter 11 | |

## SMALL BUSINESS MONTHLY OPERATING REPORT

| | | | |
|---|---|---|---|
| Month: | July-15 | Date filed: | 9/7/2015 |
| Line of Business: | Specialty Chemicals | NAISC Code: | 325199 |

### EXHIBIT C - EXPENSES

| Item [1] | | Amount |
|---|---|---|
| Payroll and Payroll Taxes | $ | - |
| 401 k | $ | - |
| Health Insurance | $ | - |
| Raw Materials | $ | - |
| Freight | $ | - |
| Leases | $ | - |
| Utilities | $ | 1,303.69 |
| IRS CNIT Installment Payment | $ | - |
| Contract Labor | $ | - |
| Sales and Marketing | $ | - |
| R&M and Operational | $ | - |
| Insurance Environment & Liability | $ | - |
| Insurance Other | $ | - |
| ENVIRONMENTAL - Pietragallo | $ | - |
| ENVIRONMENTAL - Babst Calland | $ | - |
| ENVIRONMENTAL - CEC | $ | - |
| ENVIRONMENTAL - Waste Water Removal | $ | 70,510.51 |
| ENVIRONMENTAL - Site Remediation Contractor | $ | 112,132.16 |
| ENVIRONMENTAL - Remediation Plan Implementation | $ | 60,000.00 |
| Morris Anderson CRO | $ | - |
| Morris Anderson | $ | - |
| McGuire Woods | $ | - |
| Barth & Thompson | $ | - |
| Frost Brown Todd | $ | - |
| Other Not Anticipated | $ | 30.00 |
| US Trustee | $ | - |
| Claims Notice | $ | - |
| Total | $ | 243,976.36 |

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

| | | | |
|---|---|---|---|
| In re: | Freedom Industries, Inc. | Case No. | 2:14-bk-20017 |
| | *Debtor* | | |

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

| | | | |
|---|---|---|---|
| Month: | July-15 | Date filed: | 9/7/2015 |
| Line of Business: | Specialty Chemicals | NAISC Code: | 325199 |

### EXHIBIT D - PAYABLES

| | |
|---|---|
| Post Petition Accounts Payable - Freedom Industries Inc. | $ 3,903,072.05 |
| Post Petition Accounts Payable - Etowah River Terminal LLC | $ - |
| Post Petition Accounts Payable - Poca Blending LLC | $ - |
| Post Petition Accounts Payable - Crete Technologies | $ - |
| **Total Post Petition Accounts Payable** | **$ 3,903,072.05** |

**Freedom Industries Inc.**
**Post Petition Summary Aged Payables**
**As of July 31 2015**

| Vendor | Current | 0 - 10 | 11 - 60 | Over 60 days | Amount Due |
|---|---|---|---|---|---|
| Allied Administrators | - | - | - | (97.38) | (97.38) |
| ARCADIS US, Inc. | - | 30,162.42 | 41,527.74 | 187,822.21 | 259,512.37 |
| Babst Calland | - | 3,052.50 | 11,222.50 | 168,074.45 | 182,349.45 |
| Baker Corp | 10,186.54 | - | - | - | 10,186.54 |
| Barth & Thompson | - | - | - | 33,766.35 | 33,766.35 |
| Brenntag  Mid-South | - | - | - | -2,000.00 | (2,000.00) |
| Charleston Sanitary Board | 13,238.35 | - | - | | 13,238.35 |
| Chemical Sales & Consulting | - | - | - | -1,370.82 | (1,370.82) |
| Civil & Environmental Consultants, Inc. | - | - | - | 218,324.44 | 218,324.44 |
| Coventry Health & Life | - | - | - | -2,443.88 | (2,443.88) |
| Crown Products & Services | - | - | - | 3,825.56 | 3,825.56 |
| Diversified Services LLC | - | - | - | | - |
| Enviro Tank Clean, Inc. | - | - | - | 25,829.80 | 25,829.80 |
| Enviromine, Inc. | - | - | - | 1,090,567.68 | 1,090,567.68 |
| Envirotech Services | - | - | - | 9,060.00 | 9,060.00 |
| FloMin Coal Inc. | - | - | - | 216.00 | 216.00 |
| Flaherty Sensabaugh | - | - | 14,393.88 | | 14,393.88 |
| Frost Brown Todd, LLC | - | 12,323.70 | 12,090.00 | 188,674.10 | 213,087.80 |
| Hach Company | - | - | - | -3,520.00 | (3,520.00) |
| Hood Container Corporation | - | - | - | -204.57 | (204.57) |
| Liberty Tank Lines | - | - | - | 479.02 | 479.02 |
| McGuireWoods | - | 61,987.95 | 63,866.96 | 1,286,298.52 | 1,412,153.43 |
| MorrisAnderson & Associates, Ltd. | - | 21,386.25 | - | 62,150.00 | 83,536.25 |
| Occidental Chemical Corporation | - | - | - | 1,014.03 | 1,014.03 |
| Petroleum Products | - | - | - | -285.17 | (285.17) |
| Pietragallo | - | 191.40 | 280.60 | 262,374.17 | 262,846.17 |
| SPSI | 89,743.54 | - | - | - | 89,743.54 |
| Tanklink Corp | - | - | - | -990.54 | (990.54) |
| Terry Cline | - | - | - | | - |
| Triumvirate Environmental Inc. | - | - | - | -2,646.25 | (2,646.25) |
| US Waste Industries | - | - | - | -7,500.00 | (7,500.00) |
| | 113,168.43 | 129,104.22 | 143,381.68 | 3,517,417.72 | 3,903,072.05 |

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

| | | | |
|---|---|---|---|
| In re: | Freedom Industries, Inc. | Case No. | 2:14-bk-20017 |
| | *Debtor* | | |
| | | Small Business Case under Chapter 11 | |

## SMALL BUSINESS MONTHLY OPERATING REPORT

| | | | |
|---|---|---|---|
| Month: | July-15 | Date filed: | 9/7/2015 |
| Line of Business: | Specialty Chemicals | NAISC Code: | 325199 |

### EXHIBIT E - RECEIVABLES

| | | |
|---|---|---|
| Accounts Receivable - Freedom Industries Inc. | $ | 2,263,864.72 |
| Accounts Receivable - Etowah River Terminal LLC | $ | - |
| Accounts Receivable - Poca Blending LLC | $ | 3,945.60 |
| Accounts Receivable - Crete Technologies | $ | - |
| **Total Accounts Receivable** | **$** | **2,267,810.32** |

## Freedom Industries Inc.
### Summary Aged Receivables
### July 31, 2015

| Customer | Current | 0-30 | 31-60 | Over 60 days | Amount Due |
|---|---|---|---|---|---|
| A & G Coal Corporation | | | | 1,335.00 | 1,335.00 |
| American Energy | | | | 13,066.11 | 13,066.11 |
| Appalachian Mining & Reclamation | | | | 7,606.40 | 7,606.40 |
| Brook Chem | | | | 14,764.20 | 14,764.20 |
| Cemex | | | | 104,000.00 | 104,000.00 |
| Cleanway  Services | | | | 220.00 | 220.00 |
| Crown Products & Services Inc | | | | 46,225.10 | 46,225.10 |
| Crown Products & Services Inc | | | | 19,525.10 | 19,525.10 |
| Diversified Services LLC | | | | 23,322.00 | 23,322.00 |
| Dynamic Energy Inc. | | | | 2,912.49 | 2,912.49 |
| EHK, LLC | | | | 7,442.99 | 7,442.99 |
| Enviromine | | | | 24,632.25 | 24,632.25 |
| Enviromine Alpha | | | | 36,092.31 | 36,092.31 |
| Enviromine Cliff Natural Resources | | | | 76,707.30 | 76,707.30 |
| Enviromine Consol | | | | 85,967.05 | 85,967.05 |
| Enviromine ICG | | | | 54,576.13 | 54,576.13 |
| Enviromine Patriot | | | | 668,697.84 | 668,697.84 |
| Enviromine Patriot | | | | 291,993.71 | 291,993.71 |
| Enviromine Wild Cat | | | | 2,068.00 | 2,068.00 |
| Enviromine, Inc | | | | 476,462.15 | 476,462.15 |
| Etowah River Terminal, LLC | | | | 17,610.50 | 17,610.50 |
| Flomin Coal | | | | 47,711.40 | 47,711.40 |
| James River Coal Company | | | | 8,679.48 | 8,679.48 |
| Kanawha River Terminals | | | | 289.41 | 289.41 |
| Liberty Tank Lines Inc | | | | 1,750.58 | 1,750.58 |
| Licking River Resources | | | | 7,945.80 | 7,945.80 |
| Lily Group Inc | | | | | |
| Nufac Mining Inc. | | | | 8,413.50 | 8,413.50 |
| Ohio Valley Coal Company | | | | 25,651.50 | 25,651.50 |
| Pioneer Fuel Corporation | | | | | |
| South Central Coal Indiana | | | | | |
| US Steel Corp Accts Payable Dept | | | | 38,572.14 | 38,572.14 |
| Virginia Electric and Power Company | | | | 149,624.28 | 149,624.28 |
| | | | | **2,263,864.72** | **2,263,864.72** |

**Poca Blending LLC**
**Aged Receivables**
**July 31, 2015**

| Customer | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|----------|------|-------|-------|--------------|------------|
| Flomin Coal | | | | 3,334.80 | 3,334.80 |
| Flomin Coal | | | | 610.80 | 610.80 |
| | | | | 3,945.60 | 3,945.60 |

Page 10

B25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

| | | | |
|---|---|---|---|
| In re: | Freedom Industries, Inc. | Case No. | 2:14-bk-20017 |
| | *Debtor* | | |
| | | Small Business Case under Chapter 11 | |

## SMALL BUSINESS MONTHLY OPERATING REPORT

| | | | |
|---|---|---|---|
| Month: | July-15 | Date filed: | 9/7/2015 |
| Line of Business: | Specialty Chemicals | NAISC Code: | 325199 |

### EXHIBIT F - BANK STATEMENTS

**SEE ATTACHED BANK STATEMENTS**

Freedom Industries Inc.
Account Reconciliation
As of June 30, 2015
Act 7901340294 - First Niagara Operating
Bank Statement Date: June 30, 2015

| | | |
|---|---|---|
| Beginning GL Balance | $ | 250,000.00 |
| Add: Cash Receipts | | 850,000.01 |
| Less: Cash Disbursements | | (243,976.36) |
| Add (Less) Other | | |
| | | |
| Ending GL Balance | $ | 856,023.65 |
| | | |
| Ending Bank Balance | $ | 856,023.65 |
| | | |
| Add back deposits in transit | | |
| Total deposits in transit | | |
| (Less) outstanding checks | 0.00 | |
| Total outstanding checks | | |
| Add (Less) Other | | |
| Total other | | 0.00 |
| | | |
| Unreconciled difference | | - |
| Ending GL Balance | $ | 856,023.65 |

# FIRST NIAGARA

**Return Mail Services**
PO Box 1237 South Windsor, CT 06074

AV 01 097426 03199B275 B**5DGT

FREEDOM INDUSTRIES
1788 SCARLETT DR
PITTSBURGH PA 15241-3143

| | |
|---|---|
| Statement Date: | July 31, 2015 |
| Primary Account Number: | xxxxxxxx0294 |

 **Customer Service**
1-800-421-0004

 **Automated Telephone Banking**
1-800-439-8230

 Customer.Service@fnfg.com

 **Customer Service - Bank by Mail**
P.O. Box 527
Lockport, NY 14095-0527

097426 1/2

## First Niagara Insurance Agency: The Value of Expert, Personal Service

First Niagara Insurance Agency is committed to helping you safeguard all that is valuable to you. We have relationships with many of the nation's leading insurance carriers. As a result, we can offer you coverage programs that are customized to your unique needs with competitive pricing.

INVESTMENTS AND INSURANCE:
• ARE NOT DEPOSITS • ARE NOT FDIC INSURED • ARE NOT GUARANTEED BY THE BANK
• ARE NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • MAY GO DOWN IN VALUE

To meet with an insurance representative for a free quote, call **1-855-700-0201** or visit **firstniagara.com**

Risk management and insurance products are offered through First Niagara Risk Management, Inc., a wholly-owned subsidiary of First Niagara Bank, N.A., and a licensed insurance broker and agent.

**FIRST NIAGARA** Risk Management

### BANK / BORROW / INVEST / PROTECT

## SUMMARY OF ACCOUNTS

| Account | Account Type | Current Balance ($) | Interest Rate (%) | APY (%) | Interest YTD ($) |
|---|---|---|---|---|---|
| xxxxxxxx0294 | BIZ500 Checking | 856,023.65 | | | |

## BIZ500 Checking - xxxxxxxx0294

Statement from 06/23/15 Through 07/31/15

### Account Summary

| Beginning Balance ($) | + | Deposits ($) | + | Interest Paid ($) | − | Withdrawals ($) | − | Service Charge ($) | = | Ending Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| .00 | | 1,100,000.01 | | .00 | | 243,946.36 | | 30.00 | | 856,023.65 |

### Transactions by Date

| Posting Date | Transaction Description | Debit (-$) | Credit (+$) | Balance ($) |
|---|---|---|---|---|
| 06/23 | Deposit | | .00 | .00 |
| 06/23 | Deposit | | .01 | .01 |
| 06/24 | Wire ORG: MCGUIREWOODS LLP IOLTA | | 250,000.00 | 250,000.01 |
| 07/07 | Check Num      91 | 60,000.00 | | 190,000.01 |
| 07/07 | Check Num      92 | 42,222.77 | | 147,777.24 |
| 07/22 | Wire ORG: CHEMSTREAM HOLDINGS IN C | | 850,000.00 | 997,777.24 |
| 07/23 | AEP APPALACHIAN  BILL PAY | 1,300.74 | | 996,476.50 |
| 07/23 | BILLMATRIX      BILLPAYFEE | 2.95 | | 996,473.55 |
| 07/23 | Check Num      95 | 35,513.17 | | 960,960.38 |
| 07/23 | Check Num      94 | 34,997.34 | | 925,963.04 |
| 07/24 | Check Num      93 | 69,909.39 | | 856,053.65 |
| 07/31 | Service Charge | 30.00 | | 856,023.65 |

Freedom Industries Inc.
Account Reconciliation
As of July 31, 2015
1019-01-00 - Huntington Bank Operating
Bank Statement Date: July 31, 2015

| | | |
|---|---|---|
| Beginning GL Balance | $ | 3,498.71 |
| Add: Cash Receipts | | - |
| Less: Cash Disbursements | | - |
| Add (Less) Other | | |
| | | |
| Ending GL Balance | $ | 3,498.71 |
| | | |
| Ending Bank Balance | $ | 3,498.71 |
| | | |
| Add back deposits in transit | | |
| Total deposits in transit | | |
| (Less) outstanding checks | 0.00 | |
| Total outstanding checks | | |
| Add (Less) Other | | |
| Total other | | 0.00 |
| | | |
| Unreconciled difference | | - |
| Ending GL Balance | $ | 3,498.71 |

B25C (Official Form 25C) (12/08)

Page 11

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

In re: _____Freedom Industries, Inc._____      Case No.   _____2:14-bk-20017_____
                                    *Debtor*

                                                            Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _____July-15_____      Date filed: _____9/7/2015_____

Line of Business: _____Specialty Chemicals_____      NAISC Code: _____325199_____

## EXHIBIT G - FINANCIAL STATEMENTS

**SEE ATTACHED FINANCIAL STATEMENTS**

Freedom Industries Consolidated
Balance Sheet
As of 6/30/15

ASSETS

| | |
|---|---:|
| Current Assets | |
| First Bank Operating Account | $ 0.00 |
| Poca Sale Proceeds | 0.00 |
| Huntington Bank Professionals | 0.00 |
| First Bank Payroll Account | 0.00 |
| Huntington Bank Payroll | 0.00 |
| Huntington Bank DBA Poca Blend | 0.00 |
| Huntington Bank DBA Crete | 0.00 |
| Huntington Bank DBA Etowah | 0.00 |
| First Bank MM - ERT | 0.00 |
| First Bank MM - FI | 0.00 |
| First Niagara Operating | 856,023.65 |
| Huntington Bank Operating | 3,498.71 |
| First Bank Special Account | 0.00 |
| Accounts Receivable | 2,263,864.72 |
| Miscellaneous Accts Receivable | 0.00 |
| Inventory | 0.00 |
| Parts Inventory | 0.00 |
| Prepaid Insurance | 0.00 |
| Prepaid Workers Comp | 0.00 |
| Other Prepaid Expenses | 0.00 |
| Prepaid Federal Income Tax | 0.00 |
| Prepaid WV Income Tax | 69,200.00 |
| Container Deposits | 0.00 |
| Payroll Advances | 0.00 |
| Facility Rental 263 A Costs | 0.00 |
| Alpha Rebate - Disputed | 0.00 |
| NR EcoDrill | 0.00 |
| NR GEN | 0.00 |
| NR Etowah River Terminal | 0.00 |
| NR VP Chemical | 0.00 |
| NR Freedom West | 0.00 |
| NR Arch Coal | 0.00 |
| Payroll Clearing | 0.00 |

Unaudited - For Management Purposes Only

| | | |
|---|---:|---:|
| Rent Receivable - Freedom Ind | 0.00 | |
| Total Current Assets | | 3,192,587.08 |
| Property and Equipment | | |
| Computer/Office Equipment | 0.00 | |
| Furniture & Fixtures | 0.00 | |
| Leasehold Improvements | 0.00 | |
| Machinery & Equipment | 0.00 | |
| Railroad Upgrades | 0.00 | |
| Vehicles | 0.00 | |
| Construction in Progress | 0.00 | |
| Goodwill - Crete Tech | 0.00 | |
| Tank Farm | 0.00 | |
| Upgrade of Pumping Systems | 0.00 | |
| Transport / Moving Equipment | 0.00 | |
| Office Building | 25,000.00 | |
| Building Improvements | 137,543.15 | |
| Office Equipment & Furnishings | 0.00 | |
| Communications Equipment | 0.00 | |
| Accum Dep:  Computer/Office Eq | 0.00 | |
| Accum Dep:  Furniture & Fixtur | 0.00 | |
| Accum Dep:  Leasehold Improve | 0.00 | |
| Accum Dep:  Machinery & Equip | 0.00 | |
| Accum Dep:  Railroad Upgrades | 0.00 | |
| Accum Dep:  Vehicles | 0.00 | |
| Accumulated Depreciation | 0.00 | |
| Accumulated Amortization | 0.00 | |
| Accum Depreciation-Tank Farm | 0.00 | |
| Accum Deprec-Pump Equip | 0.00 | |
| Accum Deprec-Transport Equip | 0.00 | |
| Accum Dep-Office Building | (21,229.97) | |
| Accum Dep-Furniture & Equip | 0.00 | |
| Accum Dep-Communication Equip | 0.00 | |
| Land | 50,000.00 | |
| Total Property and Equipment | | 191,313.18 |
| Other Assets | | |
| NR Dperfect | 0.00 | |

Unaudited - For Management Purposes Only

| | |
|---|---|
| NR Useful Solutions | 0.00 |
| NR Indigo Astoria | 0.00 |
| PB Receivable to Freedom | 0.00 |
| CT Receivable to Freedom | (0.00) |
| ERT Receivable to Freedom | 0.00 |
| Investment In Poca Blending | 0.00 |
| Investment in EnergyTech | 20,000.00 |
| Investment In Crete Tech | 0.00 |
| **Total Other Assets** | 20,000.00 |
| **Total Assets** | **$ 3,403,900.26** |

**LIABILITIES AND CAPITAL**

| | |
|---|---|
| Current Liabilities | |
| Accounts Payable Post Petition | 3,903,072.05 |
| Accounts Payable Pre-Petion | 7,045,243.63 |
| Settlement Reserve | 1,100,000.00 |
| Federal CNIT Payable | 0.00 |
| WV CNIT Payable | 0.00 |
| WV BFT Payable | 0.00 |
| Personal Property Tax Payable | 0.00 |
| Real Estate Tax Payable | 0.00 |
| Dividends Payable | 0.00 |
| Workers Comp Payable | 0.00 |
| Accrued Wages | 0.00 |
| Accrued Employee Leave | 0.00 |
| FICA & FIT Liability | 0.00 |
| Retirement Withheld | 0.00 |
| FUTA Liability | 0.00 |
| SUTA Liability | 0.00 |
| CO SIT Withheld | 0.00 |
| IL SIT withheld | 0.00 |
| IN SIT Withheld | 0.00 |
| IN County Tax Withheld | 0.00 |
| KY SIT withheld | 0.00 |

Unaudited - For Management Purposes Only

| | | |
|---|---|---|
| OH SIT Withheld | | 0.00 |
| NC SIT Withheld | | 0.00 |
| PA SIT withheld | | 0.00 |
| PA County Tax Withheld | | 0.00 |
| VA SIT Withheld | | 0.00 |
| WV SIT withheld | | 0.00 |
| Child Support Withheld | | 0.00 |
| Creditor Garnishments Withheld | | 0.00 |
| Accrued Interest | | 0.00 |
| Accrued Rent | | 0.00 |
| Accrued Legal and Accounting | | 0.00 |
| Other Accrued Expenses | | 0.00 |
| N/P- Loan from Freedom | | 0.00 |
| Line of Credit Payable | | 0.00 |
| Advances - Denny Farrell | | 0.00 |
| Advances - William Tis | | 0.00 |
| Note Payable - Blackwater | | 0.00 |
| Advances - Charles Herzing | | 0.00 |
| Note Payable - Ford Motor Co. | | 0.00 |
| Note Payable - First Bank | | 0.00 |
| Note Payable - Rosebud | | 0.00 |
| Note Payable - Capital Premium | | 0.00 |
| Note Payable | | 0.00 |
| Dividends Payable | | 0.00 |
| Total Current Liabilities | | 12,048,315.68 |
| Long-Term Liabilities | | |
| Federal NCIT Payment Plan | 0.00 | |
| Accrued Interest FIT Plan | 162,707.17 | |
| WV State Tax Payment Plan | 0.00 | |
| PB Payable to Freedom | 0.00 | |
| CT Payable to Freedom | 0.00 | |
| ERT Payable to Freedom | 0.00 | |
| Total Long-Term Liabilities | | 162,707.17 |
| Total Liabilities | | 12,211,022.85 |

| | |
|---|---:|
| Capital | |
| Denny Farrell | 276,888.96 |
| Capital Contribution-DFarrell | 0.00 |
| D Farrell Distributions | (565,271.77) |
| Chip Herzing | 340,672.53 |
| Capital Contribution-C Herzing | 0.00 |
| C Herzing-Distributions | (666,890.79) |
| Bill Tis | 315,671.57 |
| Capital Contributions-B Tis | 0.00 |
| B Tis - Distributions | (576,890.78) |
| Guy Fluty | 0.00 |
| Carl Kennedy | 0.00 |
| Capital Stock | 1,500.00 |
| Treasury Stock | (399,950.00) |
| Beginning Balance Equity | 0.00 |
| Retained Earnings | (2,781,512.54) |
| Dividends Declared | 0.00 |
| Beginning Capital - PB from FI | 0.00 |
| Beginning Capital Account | 0.00 |
| Additional Paid In Capital | 7,962,011.67 |
| Net Income | (12,713,351.44) |
| Total Capital | (8,807,122.59) |
| Total Liabilities & Capital | $ 3,403,900.26 |
| | $          0.00 |

Freedom Industries Consolidated
Income Statement
For July 1, 2015 through July 31, 2015

| | May 2015 |
|---|---|
| Revenues | |
| Freeze | 0.00 |
| Dust Control | 0.00 |
| Flotation | 0.00 |
| Water Treatment | 0.00 |
| Concrete Sales | 0.00 |
| Raw Materials | 0.00 |
| Oil & Gas | 0.00 |
| Delivery Charges | 0.00 |
| Toll Blending | 0.00 |
| Field Service | 0.00 |
| Monitoring | 0.00 |
| Sales Discounts | 0.00 |
| Bad Debt Expense | 0.00 |
| Recoveries | 0.00 |
| Gain/Loss from Sale of Assets | 0.00 |
| Other Income | 0.00 |
| Rental Income | 0.00 |
| Misc Sales | 0.00 |
| Total Revenues | 0.00 |
| | |
| Cost of Sales | |
| Freeze | 0.00 |
| Dust Control | 0.00 |
| Flotation | 0.00 |
| Water Treatment | 0.00 |
| Concrete Sales | 0.00 |
| Raw Materials | 0.00 |
| Oil & Gas | 0.00 |
| Hauling & Delivery | 0.00 |
| Blending/Terminal Fees | 0.00 |
| Field Service | 0.00 |
| Monitoring | 0.00 |

For Management Purposes Only

|  | May 2015 |
|---|---|
| Inbound Freight | 0.00 |
| Product Application Systems | 0.00 |
| Purchase Discounts | 0.00 |
| CGS - Facility 263A | 0.00 |
| Inventory Adjustments | 0.00 |
| Total Cost of Sales | 0.00 |
| Gross Profit | 0.00 |
| Expenses | |
| Wages Admin | 0.00 |
| Wages Management | 0.00 |
| Wages Sales | 0.00 |
| Wages Service | 0.00 |
| Wages Production | 0.00 |
| Wages R&D | 0.00 |
| Annual Leave Expense | 0.00 |
| FICA Expense | 0.00 |
| FUTA Expense | 0.00 |
| SUTA Expense | 0.00 |
| Workers Comp | 0.00 |
| Medical Insurance | 0.00 |
| Supplemental Insurance | 0.00 |
| Retirement Match | 0.00 |
| Contract Labor | 201,875.70 |
| Uniforms | 0.00 |
| Professional Development | 0.00 |
| Meeting Expenses | 0.00 |
| Entertainment | 0.00 |
| Meals | 0.00 |
| Travel | 0.00 |
| Lodging | 0.00 |
| Accounting | 0.00 |
| Legal | 0.00 |
| Commissions | 0.00 |
| Rent Expense | 0.00 |
| Building Repairs & Maintenance | 0.00 |
| Computer Repairs | 0.00 |
| Equipment Repairs & Maintenanc | 0.00 |

9/7/2015 at 10:35 AM

For Management Purposes Only

Page: 13

| | May 2015 |
|---|---|
| Equipment Rental | 0.00 |
| Small Tools & Equipment | 0.00 |
| Product Application Systems | 0.00 |
| Electric | 1,303.69 |
| Gas | 0.00 |
| Water | 0.00 |
| Telephone & Communications | 0.00 |
| Cellular Service | 0.00 |
| Sanitary | 0.00 |
| Waste Pickup | 153,944.51 |
| Advertising & Marketing | 0.00 |
| Contributions | 0.00 |
| Dues & Subscriptions | 0.00 |
| Office Supplies | 0.00 |
| Postage & Delivery | 0.00 |
| Lab Supplies | 0.00 |
| Miscellaneous Expenses | 0.00 |
| Plant Supplies | 0.00 |
| Key Man Life & Disability Ins | 0.00 |
| Business and Liability Ins | 0.00 |
| Automobile Insurance | 0.00 |
| Loan Interest | 0.00 |
| Finance Charges | 30.00 |
| Bank Service Charges | 0.00 |
| Consulting: Dperfect | 0.00 |
| Consulting Fees | 0.00 |
| Consulting: Useful Solutions | 0.00 |
| Consulting: Indigo Astoria | 0.00 |
| Consulting: Blackwater LLC | 0.00 |
| Consulting: Skiles Technical | 0.00 |
| Depreciation Expense | 0.00 |
| Depreciation COGM | 0.00 |
| Amortization Expense | 0.00 |
| Uncategorized Expense | 377,758.43 |
| Federal CNIT Expense | 0.00 |
| WV CNIT Expense | 0.00 |
| WV BFT Expense | 0.00 |
| WV Sales & Use Tax Expense | 0.00 |
| Personal Property Tax Expense | 0.00 |
| Real Estate Tax Expense | 0.00 |
| | 377,758.43 |