IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

FREEDOM INDUSTRIES, INC.,            Case No. 2:14-bk-20017

    Debtor.                               Chapter 11

**NOTICE OF WITHDRAWAL OF THE
OBJECTION OF THE INTERNAL REVENUE SERVICE TO CONFIRMATION**

The Internal Revenue Service hereby withdraws the objection it filed on August 28, 2015 (ECF No. 887) to confirmation of the Debtor's proposed Third Modified Amended Plan of Liquidation. The Debtor has filed its U.S. Corporation Income Tax Return, Form 1120, for the period of July 1, 2013 to June 30, 2014, showing zero liability. The Service has filed amended Administrative Expense Claim No. 90-3 today to reflect this Return. Exhibit 1. The Service now supports confirmation.

                                       INTERNAL REVENUE SERVICE,

                                       By counsel,

                                       R. BOOTH GOODWIN II
                                       United States Attorney

                                       /s/ GARY L. CALL
                                       WV State Bar No. 589
                                       Assistant United States Attorney
                                       P.O. Box 1713
                                       Charleston, West Virginia 25326
                                       T: 304-345-2200
                                       F: 304-347-5440
**Dated September 18, 2015**     E: gary.call@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that I filed the **NOTICE OF WITHDRAWAL OF THE OBJECTION OF THE INTERNAL REVENUE SERVICE TO CONFIRMATION** today using the CM/ECF system which will send notification of such filing to all CM/ECF participants including Stephen L. Thompson, Mark E. Freedlander and the United States Trustee.

|  |  |
|---|---|
| **Dated: September 18, 2015** | /s/ GARY L. CALL<br>**Assistant United States Attorney** |

2

# EXHIBIT 1

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

**Department of the Treasury/Internal Revenue Service**

United States Bankruptcy Court for the District of   WEST VIRGINIA    SOUTHERN

**In the Matter of:**    FREEDOM INDUSTRIES INC
1015 BARLOW DR
CHARLESTON, WV 25311

**Fiduciary:**    *Amendment No. 2 to Request for Payment Dated 09/29/2014*

| | |
|---|---|
| Case Number | 2:14-BK-20017 |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 01/17/2014 |
| Creditor Number | 2334562 |

1. The undersigned, whose business address is    400 N 8th Street, Box 76 M/S ROOM 898, Richmond, VA 23219   , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX3418 | 1 CORP-INC | 06/30/2014 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 | $0.00 | $0.00 |

**Total Amount Due:**    **$0.00**

1 INFORMATION DETERMINED FROM UNASSESSED RETURN FILED BY DEBTOR

The amount due includes interest and penalty computed to 09/29/2014. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 09/29/2014, contact L LORELLO at (804) 916-8064 for the current balance.

| | | |
|---|---|---|
| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | **Signature**    /s/ L LORELLO | **Date** 09/17/2015 |
| | **Title**    Bankruptcy Specialist | **Telephone Number** (804) 916-8064 |

Form    6338 - A(C)

Page 1 of 1