## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FREEDOM INDUSTRIES, INC. | ) | Bankruptcy No. 14-20017 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| DIVERSIFIED SERVICES, LLC, | ) | |
| | ) | |
| Movant, | ) | Related To Doc. No. 864 |
| v. | ) | |
| | ) | |
| FREEDOM INDUSTRIES, INC. | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2015, upon consideration of Diversified Services, LLC's Motion to Reconsider Order Denying Diversified Services, LLC's Fee Application (the "Motion"), it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED**, and that the Order of Court dated August 6, 2015 and filed on the docket at Doc. No. 864 is VACATED, and

It is further Ordered that Counsel for Debtor shall file the Motion to Approve the Settlement Agreement with Diversified Services, LLC. within seven (7) days from entry of this Order.

_____
Honorable Ronald G. Pearson
United States Bankruptcy Court, Judge