UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| FREEDOM INDUSTRIES, INC. ) | |
| ) | Case No. 2:14-bk-20017 |
| Debtor. ) | |
| ) | Related to Docket No. _____ |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN DEBTOR AND DIVERSIFIED SERVICES LLC.

AND NOW this _____ day of **SEP 2 3 2015** _____, 2015, the Court having considered the Motion to Approve Settlement Agreement Between Debtor and Diversified Services LLC upon the finding that the Settlement Agreement is fair and proper, IT IS ORDERED that the Motion is GRANTED and the Settlement Agreement is approved.

Ronald J. Pearson
United States Bankruptcy Judge