**ORIGINAL INVOICE**

| CUSTOMER |
|---|
| FREEDOM 029 |

# FloMin Coal Inc.

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/30/13 | 851842 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 12/30/13 | 751952 |

| SOLD TO |
|---|

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

| SHIP TO |
|---|

Page 1 of 1

MARION COUNTY COAL COMPANY
SUGAR RUN WAREHOUSE
ROUTE 17
FAIRVIEW WV 26570
UNITED STATES

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/08/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17209 | KIMPER, KY | PPD/3PTY | EX WORKS KIMPER |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 1 | 2300 LB TOTE | CLEARFLOC 23 | 2,300 | 0.8000 | 1,840.00 |
|  | EMA23UNKNOWNL03 | FLOPAM EMA 23 |  | EXW KIMPER |  |

**MERCHANDISE TOTAL**    1,840.00

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 1,840.00 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.            PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

**CUSTOMER**
FREEDOM 030

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/30/13 | 851843 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 12/30/13 | 752089 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

MONONGALIA COAL COMPANY
(FORMERLY CONSOL BLACKSVILLE
ROUTE 7 WEST
WANA WV 26590
UNITED STATES

Page 1 of 1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/08/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17205 | KIMPER, KY | PPD/3PTY | EX WORKS KIMPER |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 2 | 2300 LB TOTE | CLEARFLOC 23 | 4,600 | 0.8000 | 3,680.00 |
|   | EMA23UNKNOWNL03 | FLOPAM EMA 23 |   | EXW KIMPER |   |

**MERCHANDISE TOTAL**  3,680.00

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

**TOTAL (USD)**  3,680.00

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

| CUSTOMER |
|---|
| FREEDOM 029 |

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/30/13 | 851844 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 12/30/13 | 752140 |

| SOLD TO |
|---|

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

| SHIP TO |
|---|

MARION COUNTY COAL COMPANY
SUGAR RUN WAREHOUSE
ROUTE 17
FAIRVIEW WV 26570
UNITED STATES

Page 1 of 1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/08/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17210 | KIMPER, KY | PPD/3PTY | EX WORKS KIMPER |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 2 | 2300 LB TOTE EMA23UNKNOWNL03 | CLEARFLOC 23 FLOPAM EMA 23 | 4,600 | 0.8000 EXW KIMPER | 3,680.00 |

MERCHANDISE TOTAL    3,680.00

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 3,680.00 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

TEL : (606) 432-1535    FAX : (606) 437-0563

| CUSTOMER |
|---|
| FREEDOM 006 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/30/13 | 851871 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 12/30/13 | 751269 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

COUGAR PROCESSING PLANT
5219 ECKMAN COUNTY RD
ECKMAN WV 24829
UNITED STATES

Page   1 of   1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/08/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17182 | NITRO, WV | PPD/3PTY | EX WORKS NITRO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 43420 | 1 LB TANKER | CLEARFLOC 1435 | 43,420 | 0.7300 | 31,696.60 |
| EM533MPMA35UNKNOWNT01 | | FLOMIN EM 533 MPM A35 | | | |

MERCHANDISE TOTAL   31,696.60

Thank you. We appreciate your business.

| TOTAL (USD) | 31,696.60 |
|---|---|

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

| CUSTOMER |
|---|
| FREEDOM 017 |

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/01/14 | 852030 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/01/14 | 6158723 |

| SOLD TO |
|---|

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

| SHIP TO |
|---|

MACH MINING
16468 LIBERTY SCHOOL ROAD
MARION IL 62959
UNITED STATES

Page   1   of   1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/10/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17204 | RICEBORO, GA | PPD/3PTY | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 44860 | 1 LB TANKER RA38/2229M | CLEARFLOC 1435 FLOMIN EM 533 MPM A35 | 44,860 FORESIG- EXW RICE | 0.7300 | 32,747.80 |

2223

MERCHANDISE TOTAL    32,747.80

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 32,747.80 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.          PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

TEL : (606) 432-1535  FAX : (606) 437-0563

| CUSTOMER |
|---|
| FREEDOM 003 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/03/14 | 852459 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/03/14 | 6158314 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

TACC NEW ERA
9085 HWY 34 N
ATTN: WED RIDDLE
GALATIA IL 62935
UNITED STATES

Page 1 of 1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/12/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF16988 | RICEBORO, GA | PPD/ADD | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 45620 | 1 LB TANKER RA39/2226M | CLEARFLOC 23 FLOPAM EMA 23 | 45,620 | 0.6600 | 30,109.20 |

1297

MERCHANDISE TOTAL 30,109.20

FREIGHT 3,813.92

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 33,923.12 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.   PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

| CUSTOMER |
|---|
| FREEDOM 019 |

TEL : (606) 432-1535     FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/03/14 | 852544 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/03/14 | 6159271 |

| SOLD TO |
|---|

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

| SHIP TO |
|---|

Page   1   of   1

SUGAR CAMP ENERGY
11351 N THOMPSONVILLE RD
MACEDONIA IL 62860
UNITED STATES

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/12/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17207 | RICEBORO, GA | PPD/ADD | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 45520 | 1 LB TANKER | CLEARFLOC 1435 | 45,520 | 0.7300 | 33,229.60 |
|  | RA39/2228M | FLOMIN EM 533 MPM A35 |  | FORESIG -EXW RICE |  |

1283

MERCHANDISE TOTAL    33,229.60

FREIGHT    3,297.68

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 36,527.28 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.     PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

TEL : (606) 432-1535    FAX : (606) 437-0563

| CUSTOMER |
|---|
| FREEDOM 019 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/04/14 | 852480 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/04/14 | 6158591 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

SUGAR CAMP ENERGY
11351 N THOMPSONVILLE RD
MACEDONIA IL 62860
UNITED STATES

Page   1  of  1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/13/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17206 | RICEBORO, GA | PPD/3PTY | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 44720 | 1 LB TANKER | CLEARFLOC 761 | 44,720 | 0.3300 | 14,757.60 |
|  | BTLQA41043M | FLOPAM DP/AS 761-15 |  | FORESIG- EXW RICE |  |

2265

MERCHANDISE TOTAL    14,757.60

Thank you. We appreciate your business.

**TOTAL (USD)**    14,757.60

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

CUSTOMER: FREEDOM 008

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/05/14 | 852528 |

| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
|---|---|
| 01/05/14 | 6159119 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

FREEDOM INDUSTRIES INC
POCA BLENDING
1 PLANT ROAD
NITRO WV 25143
UNITED STATES

Page 1 of 1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/14/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17231 | PEARLINGTON, MS | PPD/3PTY | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 45360 | 1 LB TANKER  PPDD/3198 | CLEARCAT 7122  FLOQUAT FL 4820 | 45,360  EXW PEARLINGTON | 0.3300 | 14,968.80 |

2369

MERCHANDISE TOTAL    14,968.80

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

**TOTAL (USD)    14,968.80**

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

TEL : (606) 432-1535    FAX : (606) 437-0563

| CUSTOMER |
|---|
| FREEDOM 027 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/06/14 | 852662 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/06/14 | 6159279 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

FORESIGHT ENERGY
HILLSBORO ENERGY
12051 NORTH 9TH AVE
HILLSBORO IL 62049
UNITED STATES

Page   1  of  1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/15/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17228 | RICEBORO, GA | PPD/3PTY | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 44680 | 1 LB TANKER RA39/2235M | CLEARFLOC 1435 FLOMIN EM 533 MPM A35 | 44,680 | 0.7300 EXW RICEBORO | 32,616.40 |

2348

**MERCHANDISE TOTAL**   32,616.40

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 32,616.40 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

| CUSTOMER |
|---|
| FREEDOM 008 |

TEL : (606) 432-1535     FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/06/14 | 852817 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/06/14 | 6157858 |

| SOLD TO |
|---|

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

| SHIP TO |
|---|

FREEDOM INDUSTRIES INC
POCA BLENDING
1 PLANT ROAD
NITRO WV 25143
UNITED STATES

Page 1 of 1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/15/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17196 | PEARLINGTON, MS | PPD/3PTY | EX WORKS PEARLINGTON |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 45920 | 1 LB TANKER | CLEARCAT 7122 | 45,920 | 0.3300 | 15,153.60 |
|  | PPDD/3169 | FLOQUAT FL 4820 | EXW PEARLINGTON | | |

7039B

**MERCHANDISE TOTAL**    15,153.60

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 15,153.60 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.     PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

| CUSTOMER |
|---|
| FREEDOM 018 |

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/07/14 | 853135 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/07/14 | 6159523 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

Page  1  of  1

KENAMERICAN RESOURCES, INC.
PORTAL #2
297 SR 2551
BREMEN KY 42325
UNITED STATES

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/16/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17259 | RICEBORO, GA | PPD/3PTY | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 18460 | 1 LB TANKER RLQ02A1989M | CLEARFLOC 761 FLOPAM DP/AS 761-15 | 18,460 | 0.3300 EXW RICEBORO | 6,091.80 |

2223                                                                    MERCHANDISE TOTAL        6,091.80

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 6,091.80 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.            PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

# FloMin Coal Inc.

TEL : (606) 432-1535    FAX : (606) 437-0563

| CUSTOMER |
|---|
| FREEDOM 016 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/09/14 | 853442 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/09/14 | 6158178 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

CUMBERLAND PREP PLANT
855 KIRBY ROAD
WAYNESBURG PA 15370
UNITED STATES

Page 1 of 1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/18/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17194 | RICEBORO, GA | PPD/3PTY | EX WORKS RICEBORO |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 29920 | 1 LB TANKER RA40/1170M | CLEARFLOC 1422 FLOPAM EM 533 | 29,920 | 0.6600 EXW RICEBORO | 19,747.20 |

140

MERCHANDISE TOTAL    19,747.20

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 19,747.20 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**ORIGINAL INVOICE**

| CUSTOMER |
|---|
| FREEDOM 027 |

# FloMin Coal Inc.

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/10/14 | 856322 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/10/14 | 754996 |

| SOLD TO |
|---|

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

| SHIP TO |
|---|

FORESIGHT ENERGY
HILLSBORO ENERGY
12051 NORTH 9TH AVE
HILLSBORO IL 62049
UNITED STATES

Page    1    of    1

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/19/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF17284 | KIMPER, KY | PPD/ADD | EX WORKS KIMPER |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| 34800 | 1 LB TANKER | CLEARFLOC 1435 | 34,800 | 0.7000 | 24,360.00 |
|  | EMA23UNKNOWNT01 | FLOPAM EMA 23 |  | EXW KIMPER |  |

MERCHANDISE TOTAL    24,360.00

FREIGHT    3,218.00

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 27,578.00 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

**DEBIT MEMO**

# FloMin Coal Inc.

**CUSTOMER**
FREEDOM 022

TEL : (606) 432-1535    FAX : (606) 437-0563

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/13/14 | 854291 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/13/14 | 755449 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

CENTURY MINE
43521 MAYHUGH HILL RD
BEALLSVILLE OH 43716
UNITED STATES

Page 1 of 1

RELATED INVOICES: 833444.

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/22/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF16669 | RICEBORO, GA | PPD/ADD | EX WORKS + LOCATION |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
| | 0 | | | 0.0000 | 0.00 |

ADDITIONAL FREIGHT - UNLOADING DETENTION (6.75 HRS)

| | |
|---|---|
| MERCHANDISE TOTAL | 0.00 |
| FREIGHT | 607.50 |

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 607.50 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.

# FloMin Coal Inc.

**DEBIT MEMO**

TEL : (606) 432-1535    FAX : (606) 437-0563

| CUSTOMER |
|---|
| FREEDOM 023 |

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/16/14 | 855380 |
| DATE SHIPPED FROM SHIPPING POINT | TRUCK B/L NUMBER |
| 01/16/14 | 756795 |

**SOLD TO**

FREEDOM INDUSTRIES
P.O. BOX 713
CHARLESTON WV 25323
UNITED STATES

**SHIP TO**

HILLSBORO ENERGY
12192 FILLMORE TRIAL
HILLSBORO IL 62049
UNITED STATES

Page 1 of 1

RELATED INVOICES: 840542.

| DUE DATE | TERMS OF PAYMENT |
|---|---|
| 02/25/14 | NET 40 DAYS FROM INVOICE DATE |

| PURCHASE ORDER NUMBER | SHIPPING POINT | FREIGHT TERMS | INCOTERM |
|---|---|---|---|
| DPF16790 | RICEBORO, GA | PPD/ADD | EX WORKS + LOCATION |

| UNITS | PACKAGE | DESCRIPTION | QUANTITY | PRICE | AMOUNT (USD) |
|---|---|---|---|---|---|
|  | 0 |  |  | 0.0000 | 0.00 |

ADDITIONAL FREIGHT - UNLOADING DETENTION (4.5 HOURS)

| | |
|---|---|
| MERCHANDISE TOTAL | 0.00 |
| FREIGHT | 324.00 |

The Seller's price for goods or freight is the price in effect on the date of shipment, unless otherwise agreed to in writing by Buyer and Seller. Seller may adjust the price of any good upon at least fourteen (14) days prior notice.

Thank you. We appreciate your business.

| TOTAL (USD) | 324.00 |
|---|---|

**Please Remit To:**
FloMin Coal Inc.
P.O. Box 405655
Atlanta, GA 30384-5655

**Bank Address:**
BANK OF AMERICA N.A.
100 W 33 ST NY, NY 10001
PH: 646-733-4766
FX: 646-733-4874

**Wire/EFT Information:**
ABA: 026009593 (for Wire payments)
ABA: 061000052 (for ACH payments)
SWIFT: BOFAUS3N
Account Number: 334020779690
Telex: 420831

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.    PAST DUE AMOUNTS ARE SUBJECT TO FINANCE CHARGE.